# Akira v. Conceptant, *et. al.*

# Complaint

# Exhibit 9



## Solicitation Holder List - B50004268

| Solicitation Name: | 311 Citizen Relationship Management (CRM) System | Buyer: | Abraham Bey |
|---|---|---|---|
| Solicitation #: | B50004268 | Opening Date | 01/13/2016 11:00:00 AM |

| Date Acknowledged | Contact Name, Company Name, Address, Phone & Fax | File Sent | File Downloaded |
|---|---|---|---|
| 09/25/2015 | Contact Person:    Bob Marchese  | Applied Technology Services, Inc.<br>405 Williams Court<br>Suite 113<br>Baltimore, MD, 21220<br>Phone:        (410)661-2302    Fax: (410)344-1259<br>Email address:    bobm@appliedtechnologyservices.com | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 01/05/2016 | Contact Person:    Danielle Burnett  | Applied Technology Services, Inc.<br>405 Williams Court<br>Suite 113<br>Baltimore, MD, 21220<br>Phone:        (410)900-4321    Fax: (410)344-1259<br>Email address:    danielleb@appliedtechnologyservices.com | | B50004268A4.pdf(01/05/2016) |
| 10/05/2015 | Contact Person:  Michele Juliana  | RSM McGladrey<br>224 Strawbridge Drive<br>Suite 110<br>Moorestown, NJ, 08057<br>Phone:        (856)722-6221        Fax:<br>Email address:    michele.juliana@rsmi.com | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(02/05/2016) |
| 09/28/2015 | Contact Person:    Elliot Schlanger  | Metrix Technology Engineering<br>4 Chellis Court<br>Owings Mills, MD, 21117<br>Phone:        (410)902-9370    Fax: (410)902-0085<br>Email address:    Elliot.Schlanger@metrixtechnology.com | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/24/2015) |
| 09/25/2015 | Contact Person:    Joanne Valencia  | TeleCommunication Systems, Inc.<br>275 West Street<br>Suite 400<br>Annapolis, MD, 21401<br>Phone:        (410)280-1235    Fax: (410)263-7617<br>Email address:    COB@telecomsys.com | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 09/25/2015 | Contact Person:    Dee Freeman  | Motorola Solutions, Inc.<br>809 Pinnacle Drive<br>Attn: Dee Freeman<br>Linthicum Heights, MD, 21090<br>Phone:        (410)712-4802  Fax: (410)712-4996<br>Email address:  Dee.Freeman@Motorolasolutions.com | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 09/25/2015 | Contact Person:    Laurie Hess  | BITHGROUP Technologies, Inc. | | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/25/2015) |

| | | |
|---|---|---|
| | 113 W. Monument Street<br>Baltimore, MD, 21201<br>Phone:     (410)962-1188    Fax: (410)962-6535<br>Email address:    proposals@bithgroup.com | |
| 12/01/2015 | Contact Person: Carin Weiss | P.K.W. Associates, Inc.<br>705 E. Ordnance Rd.<br>Suite 108<br>Baltimore, MD, 21226<br>Phone:     (443)773-1000 Fax: (443)773-4000<br>Email address:   cvw@pkwassoc.com | B50004268A4.pdf(12/01/2015) |
| 11/05/2015 | Contact Person: Grace Sammarco | Nu-Vision Technologies d/b/a Black Box Network Services<br>44873 Falcon Place<br>Suite 118<br>Sterling, VA, 20166<br>Phone: (631)926-4964     Fax: (703)471-4769<br>Email address:    grace.sammarco@blackbox.com | Attachment A - Functional and Technical Requirements.docx(11/05/2015) |
| 01/11/2016 | Contact Person: Dana Kerr | DK Consulting, LLC<br>10380 Old Columbia Rd<br>Suite 100<br>Columbia, MD, 21046<br>Phone:     (410)552-5851 Fax: (443)283-4010<br>Email address:    contacts@dkconsult.net | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(01/11/2016) |
| 10/08/2015 | Contact Person:     Debbie Gauss | USC Canterbury Corp.<br>104 Lently Farm Lane<br>Centreville, MD, 21617<br>Phone:     (410)758-3161 Fax: (410)768-0254<br>Email address: debbieg@usc-canterbury.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/08/2015) |
| 10/22/2015 | Contact Person:     Theresa Leathery | Digicon Corporation<br>7361 Calhoun Place<br>Suite 430<br>Rockville, MD, 20855<br>Phone:     (301)721-6333 Fax: (301)869-8081<br>Email address: theresa.leathery@digiconasp.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/22/2015) |
| 12/02/2015 | Contact Person:     CitiBuy TestVendor | Purchasing Help Desk<br>231 East Baltimore Street -Ste 300<br>Baltimore, MD, 21202<br>Phone:     (410)396-5707    Fax: (410)396-5700<br>Email address:    test@baltimorecity.gov | |
| 09/27/2015 | Contact Person:     JAIME PANIAGUA | Paniagua's Enterprises Inc<br>2318 BELAIR RD.<br>Baltimore, MD, 21213<br>Phone:     (410)258-6604    Fax: (410)485-9328<br>Email address:    jaime@paniaguas.net | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/27/2015) |
| 11/25/2015 | Contact Person:     William Josko | IBM<br>PO Box 643600<br>Pittsburgh, PA, 15264-3600<br>Phone:     (609)313-3294      Fax:<br>Email address:    wijosko@us.ibm.com | B50004268A3.pdf(01/06/2016) |

| Date | Contact | Document |
|---|---|---|
| 09/25/2015 | Contact Person:   Fred Sirkey | Anchor Software, LLC<br>9210 Corporate Blvd.<br>Suite 120<br>Rockville, MD, 20850<br>Phone:        (240)490-3056  Fax: (240)631-2104<br>Email address:        FSirkey@anchorcomputersoftware.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/24/2015) |
| 10/12/2015 | Contact Person:  Julian Munoz | Accela, Inc.<br>2633 Camino Ramon, Suite 120<br>Bishop Ranch 3<br>San Ramon, CA, 94583<br>Phone:            (925)659-3247  Fax: (925)659-3281<br>Email address:   RFP@accela.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/14/2015) |
| 10/29/2015 | Contact Person:   James Woodyard | Telecommunications Development Corporation<br>1919 13th ST NW<br>Washington, DC, 20009<br>Phone:   (202)234-9400      Fax:  (202)234-0770<br>Email address:   jwoodyard@telcomdc.com | B50004268A4.pdf(12/01/2015) |
| 09/30/2015 | Contact Person:   Terry  Brunning | Business Services<br>P.O. Box 8102<br>Longboat Key, FL, 34228<br>Phone:   (619)366-1794   Fax: (619)713-7340<br>Email address:        BusinessServicesSolutions@yahoo.com | |
| 11/04/2015 | Contact Person:   Marsha  Netus | America on Demand of Maryland, Inc.<br>22 Light St.<br>Fifth Floor<br>Baltimore, MD, 21202<br>Phone:        (410)625-9675     Fax:  (410)625-7576<br>Email address:   mnetus@americaworks.com | Attachment C - Proposal Price Sheets.xlsx(11/04/2015) |
| 09/25/2015 | Contact Person:   Nandita  Gududuri | A P Ventures, LLC<br>9520 Berger Road<br>Suite 107<br>Columbia, MD, 21046<br>Phone:        (301)760-7276  Fax: (301)789-2809<br>Email address:  bids@apvit.com | Attachment A - Functional and Technical Requirements.docx(09/25/2015) |
| 10/30/2015 | Contact Person:   Patty  Ramos | CR Dynamics & Associates Inc<br>7 E Redwood St<br>6th Floor<br>Baltimore, MD, 21202<br>Phone:        (410)347-5600   Fax: (410)347-5603<br>Email address:   patty@crdynamics.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/30/2015) |
| 09/30/2015 | Contact Person:   LENZIE  JOHNSON | L&J WASTE RECYCLING LLC<br>P O BOX 33447 BALTIMORE, MD 21218<br>222 N. CALVERTON RD<br>BALTIMORE, MD, 21223<br>Phone:   (410)365-1772               Fax: | |

| | Email address: lenzie@ljwasterecycling.com | |
|---|---|---|
| 01/07/2016 | Contact Person: Srujana Gudur \| Bourntec<br>5104 Unit B Toll View Drive Rolling Meadows,IL<br>Chicago, IL, 60008<br>Phone: (224)232-5090 Fax:<br>Email address: gov@bourntec.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(01/07/2016) |
| 09/25/2015 | Contact Person: Kenneth Kelly \| Strativia Software<br>9701 Apollo Drive, Suite 231<br>Largo, MD, 20774<br>Phone: (301)362-6555 Fax: (301)362-6557<br>Email address: kkelly@strativia.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 01/09/2016 | Contact Person: Sharell Jarvis \| CGC Technologies<br>14436 Layhill Rd<br>Silver Spring , MD, 20904<br>Phone: (240)396-5844 Fax: (240)396-4282<br>Email address: sharellj@cgctechnologies.com | |
| 10/07/2015 | Contact Person: Jason Kim \| Civic Resource Group<br>915 Wilshire Blvd. #2175<br>Los Angeles, CA, 90017<br>Phone: (213)225-1170 Fax: (213)225-1175<br>Email address: sales@civicresource.com | Attachment B - Vendor Interrogatories.docx(10/07/2015) |
| 09/29/2015 | Contact Person: Brice O'Hara \| Salesforce.com<br>2550 Wasser Terrace<br>Suite 100<br>Herndon, VA, 20171<br>Phone: (415)638-0158 Fax:<br>Email address: bohara@salesforce.com | B50004268A1~1.pdf(09/29/2015) |
| 10/08/2015 | Contact Person: Leticia Quarles \| The Aztec Group<br>7610 15th Avenue<br>Takoma Park, MD, 20912<br>Phone: (240)481-0482 Fax: (301)445-0581<br>Email address: leticia.quarles@the-aztec-group.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/31/2015) |
| 12/01/2015 | Contact Person: Bernadette Christmas \| Enterprise<br>Solutions Realized<br>2400 Longstone Lane, Suite 203<br>Marriottsville, MD, 21104<br>Phone: (410)442-5501 Fax: (410)442-5502<br>Email address: bchristmas@esr-inc.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/01/2015) |
| 09/29/2015 | Contact Person: Dianne Thron \| Planet Technologies<br>20400 Observation Drive<br>Suite 107<br>Germantown, MD, 20876<br>Phone: (301)721-0100 Fax: (301)721-0189<br>Email address: dthron@go-planet.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(01/12/2016) |
| 09/28/2015 | Contact Person: Glenn Pauley \| Alliance Technology<br>Group<br>7010 Hi Tech Drive<br>Hanover, MD, 21076<br>Phone: (443)561-0517 Fax:<br>Email address: glenn.pauley@alliance-it.com | Attachment A - Functional and Technical<br>Requirements.docx(09/28/2015) |
| 09/28/2015 | Contact Person: Eric Hoffman \| EastBanc<br>Technologies, LLC | Attachment C - Proposal Price Sheets.xlsx(09/28/2015) |

| | | |
|---|---|---|
| | 3312 M St NW<br>Washington, DC, 20007<br>Phone:     (202)295-3019   Fax: (202)295-3001<br>Email address:   ehoffman@eastbanctech.com | |
| 10/26/2015 | Contact Person:    Jill DaSilva | EastBanc Technologies, LLC<br>3312 M St NW<br>Washington, DC, 20007<br>Phone:     (202)295-3010   Fax: (202)295-3001<br>Email address: jdasilva@eastbanctech.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/26/2015) |
| 09/28/2015 | Contact Person:   Richard McClearn | CAEI<br>9256 Bendix Rd<br>Suite 102<br>Columbia , MD, 21045<br>Phone:     (443)319-5392 Fax: (443)319-5392<br>Email address:   rmcclearn@caeiinc.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/23/2015) |
| 10/28/2015 | Contact Person:    Harish Rao | Interpersonal Frequency LLC<br>1420 Beverly Road Ste 240<br>McLean, VA, 22101<br>Phone:     (212)390-1501   Fax: (877)565-6501<br>Email address:   harish@ifsight.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/29/2015) |
| 10/03/2015 | Contact Person:    Evan Halperin | Deltek<br>2291 Wood Oak Drive<br>Herndon, VA, 20171<br>Phone:     (703)480-5532     Fax:<br>Email address:    statelocalresearch@deltek.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/03/2015) |
| 10/07/2015 | Contact Person:    Kellie Kim | Opus Group, LLC<br>8251 Greensboro Drive<br>Suite 300<br>McLean, VA, 22102<br>Phone:     (703)677-9817     Fax:<br>Email address:    kellie.kim@opusgroupllc.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/09/2015) |
| 04/25/2016 | Contact Person:    John Park | Opus Group, LLC<br>8251 Greensboro Drive<br>Suite 300<br>McLean, VA, 22102<br>Phone:     (703)677-9836     Fax:<br>Email address:    john.park@opusgroupllc.com | |
| 12/01/2015 | Contact Person:    Ravi Sharma | Serigor Inc<br>13808 Point Breeze Drive<br>Dayton, MD, 21036<br>Phone:     (443)602-9818     Fax:<br>Email address:    rsharma@serigor.com | Attachment A - Functional and Technical Requirements.docx(12/01/2015) |
| 09/25/2015 | Contact Person:   Shehraze Shah | ICS Nett, Inc.<br>2650 Park Tower Drive<br>Suite 801<br>Vienna, VA, 22180<br>Phone:     (703)342-4260 Fax: (703)356-1166<br>Email address:   contracts@ics-nett.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 10/14/2015 | Contact Person:     Amie Stone | AttivaSoft<br>7130 Minstrel Way<br>Suite 130 | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/14/2015) |

| Date | Contact | Solicitation |
|---|---|---|
| | Suite 400<br>Columbia, MD, 21045<br>Phone: (410)715-4446    Fax:<br>Email address: astone@attivasoft.com | |
| 10/12/2015 | Contact Person: karla alford \| Nuance<br>1 wayside road<br>burlington, MA, 01803<br>Phone: (443)254-1490    Fax:<br>Email address: karla.alford@nuance.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/12/2015) |
| 09/28/2015 | Contact Person: Gloria McFarland \| Amara Enterprise<br>8462 Kirby Lionsdale Drive<br>Lorton, VA, 22079<br>Phone: (703)899-8336    Fax:<br>Email address: gmcfarland@amaraenterprise.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 10/05/2015 | Contact Person: Lethia Dargin \| 5 Star Consulting Group, LLC<br>2334 Butte Place<br>Waldorf, MD, 20603<br>Phone: (202)997-8436   Fax: (240)607-6600<br>Email address: ldargin@5StarConsultingGrp.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/05/2015) |
| 11/28/2015 | Contact Person: Blane Miller \| BH miller Group,LLC<br>16 Chesapeake Ct<br>aberdeen, MD, 21001<br>Phone: (443)687-4339    Fax:<br>Email address: bhmillergroup@gmail.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/28/2015) |
| 10/13/2015 | Contact Person: Scott Lavoie \| AST Corporation<br>1755 Park Street<br>Suite 100<br>Naperville, IL, 60563<br>Phone: (630)778-1180  Fax: (630)778-1179<br>Email address: slavoie@astcorporation.com | B50004268A1~1.pdf(10/13/2015) |
| 09/28/2015 | Contact Person: Laura Gousha \| Mindgrub Technologies, LLC<br>1215 E. Fort Ave., Suite 200<br>Baltimore, MD, 21230<br>Phone: (410)988-2444    Fax:<br>Email address: lgousha@mindgrub.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 09/25/2015 | Contact Person: Scott Phillips \| N Scott Phillips Legal and Business Consulting Services LLC<br>322 North Howard Street<br>4th Floor<br>Baltimore, MD, 21201<br>Phone: (410)496-5754    Fax:<br>Email address: nscottphillips@nscottphillips.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/06/2015) |
| 09/25/2015 | Contact Person: Dave Leslie \| Koniag Services Incorporated<br>4100 Lafayette Circle Drive<br>Suite 303<br>Chantilly, AK, 20151<br>Phone: (703)600-7001  Fax: (703)488-3498<br>Email address: dleslie@koniag.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/20/2015) |
| 12/10/2015 | Contact Person: Elizabeth Britt \| Britt's Industries Inc. | B50004268 - 311 Customer Resource Management (CRM) |

| | | | |
|---|---|---|---|
| | Britt's Industries Inc.<br>40 Hudson Street<br>Annapolis, MD, 21401<br>Phone:        (410)266-8100 Fax: (410)224-3960<br>Email address:  contact@wosbprinting.com | | System -Bid Solicitation (Part 1).pdf(12/12/2015) |
| 09/29/2015 | Contact Person:  Thomas  Skeeter  \| Verirtek, llc<br>8617 Cory Drive<br>Bowie, MD,  20720<br>Phone:      (202)262-6516 Fax: (301)860-0318<br>Email address:   thomas@veritekenterprises.com | | |
| 09/28/2015 | Contact Person:  Montasir  Azad  \| Azad-Tech Solution<br>PO Box 601<br>Higley, AZ,  85236<br>Phone:        (855)721-8324 Fax: (210)579-7956<br>Email address:   projects@azad-tech.com | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 09/25/2015 | Contact Person:     Gregory  Works  \| Microsoft<br>12703 My Mollies Pride Drive<br>Bowie, MD,  20720<br>Phone:           301           Fax:<br>Email address:       gworks@microsoft.com | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 09/25/2015 | Contact Person:     Jason  Reis  \| Civica Software<br>10955 Vista Sorrento Pkwy<br>Suite 100<br>San Diego, CA,  92130<br>Phone:           858           Fax:<br>Email address:       jreis@civicasoft.com | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/25/2015) |
| 09/28/2015 | Contact Person:     Will  Repole  \| WebQA, Inc.<br>900 South Frontage Road<br>Suite 110<br>Woodridge, IL,  60517<br>Phone:           630           Fax:<br>Email address:       lanand@webqa.net | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 09/28/2015 | Contact<br>Person:        Akber  Khan  \| Speridian Technologies<br>9201 Corporate Blvd. Suite 450<br>Rockville, MD,  20850<br>Phone:        301           Fax:<br>Email address:   akber.khan@speridian.com | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 09/28/2015 | Contact       Julie  Grass  \| Mitchell Humphrey &<br>Person:        Co.<br>1285 Fern Ridge Parkway<br>Suite 140<br>Saint Louis, MO,  63141-4409<br>Phone:        (314)991-2440 Fax: (314)991-5288<br>Email address:   jgrass@mitchellhumphrey.com | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/28/2015) |
| 09/29/2015 | Contact Person:  Kent  Smith  \| Microsoft Corporation<br>12012 Sunsets Hills Rd<br>Reston, VA,  20190<br>Phone:        703           Fax:<br>Email address:   kentsmi@microsoft.com | | |
| 09/29/2015 | Contact       Kristee  Trelli  \| QScend Technologies,<br>Person:        Inc.<br>231 Bank ST<br>Waterbury, CT,  06702 | | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(09/29/2015) |

| | Phone:   203         Fax:<br>Email address:  sales@qscend.com | |
|---|---|---|
| 09/29/2015 | Contact Person:  Allison Mackin \| Carahsoft Technology Corporation<br>1860 Michael Faraday Drive<br>Suite 100<br>Reston, VA, 20190<br>Phone:  703      Fax:<br>Email address:  allison.mackin@carahsoft.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/29/2015) |
| 09/29/2015 | Contact Person:  Amy Harrell \| CoreSphere, LLC.<br>10411 Motor City Dr.<br>Suite #410<br>Bethesda, MD, 20817<br>Phone:  (301)637-3217    Fax:<br>Email address:  amy.harrell@coresphere.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/20/2015) |
| 09/29/2015 | Contact Person:  James Omotosho \| Dataloop Solutions<br>7212 Abbey Road<br>Elkridge, MD, 21075<br>Phone:  (443)992-5088    Fax:<br>Email address:  james@dataloopsolutions.com | |
| 09/29/2015 | Contact Person:  Stephen Davis \| IBM<br>100 E PRATT ST<br>Baltimore, MD, 21202<br>Phone:  410      Fax:<br>Email address:  sgdavis@us.ibm.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/29/2015) |
| 09/30/2015 | Contact Person:  Brian Sovik \| Data Transfer Solutions, LLC.<br>3680 Avalon Park Blvd<br>Orlando, FL, 32828<br>Phone:  407  Fax:  407<br>Email address:  bsovik@dtsgis.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/30/2015) |
| 09/30/2015 | Contact Person:  Ian Poulton \| 3D1 Systems<br>117 Godwin Ct.<br>Winchester, VA, 22602<br>Phone:  540     Fax:<br>Email address:  ian.poulton@3disystems.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/30/2015) |
| 09/30/2015 | Contact Person:  Yashika Prabhakar \| 22nd Century Technologies, Inc.<br>yashikap@tscti.com<br>kellyw@tscti.com<br>Somerset, NJ, 08873<br>Phone:  888    (501)676-8888<br>Email address:  yashikap@tscti.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(09/30/2015) |
| 09/30/2015 | Contact Person:  Huy Nguyen \| Stern Consulting<br>2318 Ridge<br>Evanston, IL, 60201<br>Phone:  773    Fax:<br>Email address:  huy@sternconsultinginc.com | |
| 10/01/2015 | Contact Person:  Vas Appalaneni \| Ardent Technologies, Inc.<br>6234 Far Hills Avenue<br>Dayton, OH, 45459 | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/01/2015) |

| | | |
|---|---|---|
| | Phone: 937 Fax: 937<br>Email address: vendorregistration@ardentinc.com | |
| 10/02/2015 | Contact Person: Doug Lee \| End Results<br>11010 Scotts Landing Road<br>laurel, MD, 20723<br>Phone: 301 Fax:<br>Email address: dlee@endresultsllc.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/02/2015) |
| 10/02/2015 | Contact Person: Katherine Tang \| Kreatek Information Systems LLC<br>3460 Olney Laytonsville Road<br>Olney, MD, 20832<br>Phone: 240 Fax:<br>Email address: katherine.tang@kreatekis.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/02/2015) |
| 11/09/2015 | Contact Person: Ramana Bhamidipati \| Incapsulate LLC<br>1620 L Street NW, 3rd Floor Suite D<br>Washington, DC, 20036<br>Phone: (888)589-2571 Fax: (866)890-4848<br>Email address: operations@incapsulate.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(12/29/2015) |
| 10/02/2015 | Contact Person: Ashley Graham \| Deltek<br>2291 wood oak drive<br>herndon, VA, 20171<br>Phone: 703 Fax:<br>Email address: ashleygraham@deltek.com | |
| 10/02/2015 | Contact Person: Rabih Najib \| Itenology Corporation<br>3511 Lame Beaver Court<br>Ellicott City, MD, 21042<br>Phone: 410 Fax:<br>Email address: Rabih@itenology.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/02/2015) |
| 10/03/2015 | Contact Person: Danny Asnani \| Sofbang Pvt.Ltd<br>17 N State St, Suite #1620<br>Chicago, IL, IL, 60602<br>Phone: 312 Fax: 312<br>Email address: rfp@sofbang.com | |
| 10/04/2015 | Contact Person: Monty Helin \| ADC Legal Systems, Inc.<br>1209 Edgewater Drive<br>Orlando, FL, 32804<br>Phone: 407 Fax: (407)555-5555<br>Email address: sales@perfectpractice.com | Attachment A - Functional and Technical Requirements.docx(10/04/2015) |
| 10/05/2015 | Contact Person: Danny Asnani \| Sofbang Pvt.Ltd<br>17 N State St, Suite #1620<br>Chicago, IL, IL, 60602<br>Phone: 312 Fax: 312<br>Email address: rfp@sofbang.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/05/2015) |
| 10/10/2015 | Contact Person: Jenna Hunsinger \| Aeon Nexus Corporation<br>138 State Street<br>Albany, NY, 12207<br>Phone: (518)338-1551 Fax: (866)252-1251<br>Email address: publicrfp@aeonnexus.com | Attachment B - Vendor Interrogatories.docx(10/12/2015) |

| Date | Contact | Document |
|---|---|---|
| 10/05/2015 | Contact Person:   Huy  Nguyen | Stern Consulting<br>2318 Ridge<br>Evanston, IL, 60201<br>Phone:          773          Fax:<br>Email address:    huy@sternconsultinginc.com | |
| 10/05/2015 | Contact Person:   Yashika  Prabhakar  | 22nd Century<br>Technologies, Inc.<br>yashikap@tscti.com<br>kellyw@tscti.com<br>Somerset, NJ, 08873<br>Phone:     888   Fax:    (501)565-0000<br>Email address:   yashikap@tscti.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/05/2015) |
| 10/05/2015 | Contact Person:   April  Fern  | Senryo Technologies<br>387 Shuman Blvd. Suite 208E<br>Naperville, IL, 60563<br>Phone:          630          Fax:<br>Email address:    accounts@senryo.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/05/2015) |
| 10/06/2015 | Contact Person:   Danny  Asnani  | Sofbang Pvt.Ltd<br>17 N State St, Suite #1620<br>Chicago, IL, IL, 60602<br>Phone:          312     Fax:          312<br>Email address:   rfp@sofbang.com | |
| 10/06/2015 | Contact Person:   Danielle  Balmelle | Accela<br>2633 Camino Ramon<br>Suite 500<br>San Ramon, CA, 94583<br>Phone:          925          Fax:<br>Email address:    dbalmelle@accela.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/06/2015) |
| 10/06/2015 | Contact Person:   P.C.  Price  | LSA Security Inc.<br>407 West Franklin St.<br>Balto., MD, 21201<br>Phone:          410     Fax:          410<br>Email address:    LSAINC@JUNO.COM | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/06/2015) |
| 10/06/2015 | Contact Person:  John  Park  | Opus Group LLC<br>8251 Greensboro Drive, Suite 300<br>mclean, VA, 22102<br>Phone:          703          Fax:<br>Email address:    john.park@OPUSGROUPLLC.COM | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/06/2015) |
| 10/06/2015 | Contact Person:     Becky  Lewis  | ICS NETT<br>2650 Park Tower Drive<br>Vienna, VA, 20152<br>Phone:          703          Fax:<br>Email address:    blewis@ics-nett.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/06/2015) |
| 10/09/2015 | Contact Person:  Steve  Carter  | Verint Systems<br>330 South Service Road<br>Melville, NY, 11747<br>Phone:          (850)687-2037  Fax: (631)962-9300<br>Email address:    steve.carter@verint.com | B50004268A2.pdf(01/07/2016) |
| 10/07/2015 | Contact Person:   Kerry  Stephens  | Verint Systems<br>330 South Service Blvd<br>Melville, NY, 11747<br>Phone:          585          Fax:<br>Email address:    kerry.stephens@verint.com | B50004268A1~1.pdf(10/07/2015) |

| Date | Contact | Attachment |
|------|---------|-----------|
| 10/07/2015 | Contact Person:    Douglas  Lee | End Results<br>11010 Scotts Landing Road<br>laurel, MD, 20723<br>Phone:            301                Fax:<br>Email address:        dlee@endresultsllc.com | |
| 10/08/2015 | Contact Person:   Douglas  Lee | End Results LLC<br>11010 Scotts Landing Road<br>Laurel, MD, 20723<br>Phone:            (301)332-0306                Fax:<br>Email address:      dlee@endresultsllc.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/09/2015) |
| 10/07/2015 | Contact Person:    Douglas  Lee | End Results LLC<br>11010 Scotts Landing Road<br>laurel, MD, 20723<br>Phone:            301                Fax:<br>Email address:      dlee@endresultsllc.com | |
| 10/07/2015 | Contact Person:        Hashim  Khan | Alliance International, Inc.<br>2065 Myrtlewood Drive<br>Dumfries , VA,  22026<br>Phone:            703        Fax:<br>Email address: Hashim.khan@ai-inc.org | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/07/2015) |
| 10/07/2015 | Contact Person:        Dominick  Banks | EducAid Technology, LLC<br>3306 Shalbourne Lane<br>Upper Marlboro, MD,  20774<br>Phone:            (301)651-2918                Fax:<br>Email address:        dbanks@educaidtech.com | Attachment C - Proposal Price Sheets.xlsx(10/07/2015) |
| 10/07/2015 | Contact Person:        allison  mackin | Carahsoft Technology Corp.<br>1860 Michael Faraday Drive<br>Suite 100<br>Reston, VA,  20190<br>Phone:            703        Fax:<br>Email address:        allison.mackin@carahsoft.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/07/2015) |
| 10/08/2015 | Contact Person:  Aaron  Johnson | Eloquent Group<br>24B 17th Street SE<br>Washington, DC,  20003<br>Phone:            301                Fax:<br>Email address:        aaroncjo@gmail.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/08/2015) |
| 10/08/2015 | Contact Person:        Karla  Alford | Nuance Communications<br>1 wayside road<br>Burlington, MA,  01803<br>Phone:            443        Fax:<br>Email address: karla.alford@nuance.com | |
| 10/08/2015 | Contact Person:        Matthew  Beaumont | Green Beacon Solutions<br>25 Brookfield Rd<br>Westwood, MA, 02090<br>Phone:            617        Fax:<br>Email address:        Mbeaumont@greenbeacon.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/08/2015) |
| 10/09/2015 | Contact Person:        Mitchell  Cho | FedWriters | Attachment B - Vendor Interrogatories.docx(10/09/2015) |

| | | |
|---|---|---|
| | 4031 University Dr.<br>Suite 100<br>Fairfax, VA, 22030<br>Phone:      202      Fax:      202<br>Email address:      mitchell.cho@fedwriters.com | |
| 10/16/2015 | Contact Person:      Meghan  Ciacci | Vertiba<br>1590 Broadway Street<br>Boulder, CO, 80302<br>Phone:            (303)882-0526      Fax:<br>Email address:            meghan@vertiba.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/16/2015) |
| 10/09/2015 | Contact Person:      April  Fern | April Fern<br>17939 Nielsen Drive<br>Tinley Park, IL, 60477<br>Phone:            630      Fax:<br>Email address:      april.fern@senryo.com | |
| 10/09/2015 | Contact Person:      Karim  Hicks | Karim Hicks<br>4200 Plummers Promise Drive<br>Bowie, MD, 20720<br>Phone:            301      Fax:<br>Email address:      karim_hicks@hotmail.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/09/2015) |
| 10/09/2015 | Contact<br>Person:      Matthew  Beaumont | Green Beacon<br>Solutions<br>225 Washington st<br>Newton, MA, 02548<br>Phone:      617      Fax:<br>Email<br>address:      Mbeaumont@greenbeacon.com | |
| 10/09/2015 | Contact Person:  bryan  howe | Oracle America, Inc.<br>382 NE 191st ST<br>miami, FL, 33179<br>Phone:            859      Fax:            859<br>Email address:      bryan.howe@oracle.com | |
| 10/09/2015 | Contact Person:    Joe  Nimely | Infotech Maryland<br>5 Wood Oak Ct<br>Nottingham, MD, 21236<br>Phone:            443      Fax:<br>Email address:      joenimely@yahoo.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/09/2015) |
| 10/09/2015 | Contact Person:    Scott  Harwell | AST Corporation<br>1755 Park Street<br>Suite 100<br>Naperville, IL, 60563<br>Phone:            630      Fax:<br>Email address:      sharwell@astcorporation.com | |
| 10/11/2015 | Contact<br>Person:      Karen  McDowald Sebro | ALPHA 3<br>GLOBAL INC<br>2003 BARROWFIELD RD<br>FT WASHINGTON, MD, 20744<br>Phone:      (301)523-3505      Fax:<br>Email<br>address:      alpha3global@gmail.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/13/2015) |
| 10/12/2015 | Contact Person:    Danny  Asnani | Sofbang Pvt.Ltd<br>17 N State St, Suite #1620<br>Chicago, IL, IL, 60602<br>Phone:            312      Fax:            312<br>Email address:      rfp@sofbang.com | |

| | | |
|---|---|---|
| 10/12/2015 | Contact Person:    Vas Appalaneni | Ardent Technologies, Inc.<br>6234 Far Hills Avenue<br>Dayton, OH, 45459<br>Phone:    937      Fax:    937<br>Email address:    vendorregistration@ardentinc.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/12/2015) |
| 10/12/2015 | Contact Person:    Marsha Blankenship | Bowman Systems<br>333 Texas Street Suite 300<br>Shreveport, LA, 71101<br>Phone:     Fax:<br>Email address: info@bowmansystems.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/12/2015) |
| 10/12/2015 | Contact Person:    Ian Poulton | 3Di Inc.<br>3 Point Drive<br>Suite 307<br>Brea, CA, 92821<br>Phone:    (540)877-5289     Fax:<br>Email address:    ian.poulton@3disystems.com | B50004268A2.pdf(10/12/2015) |
| 10/12/2015 | Contact Person:    Kristee Trelli | QScend Technologies, Inc.<br>231 Bank ST<br>Waterbury, CT, 06702<br>Phone:    203      Fax:<br>Email address: sales@qscend.com | Attachment D - Project Reference Form.docx(10/12/2015) |
| 10/12/2015 | Contact Person:    Nageswara Tripuramallu | ExpediteInfoTech Inc<br>23036 Turtle Rock Terrace<br>clarksburg, MD, 20871<br>Phone:    301      Fax:<br>Email address:    ntripuramallu@expediteinfotech.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/12/2015) |
| 10/14/2015 | Contact Person:    Nageswara Tripuramallu | ExpediteInfoTech Inc<br>23036 Turtle Rock Terrace<br>clarksburg, MD, 20871<br>Phone:    (301)335-9683     Fax:<br>Email address:    ntripuramallu@expediteinfotech.com | B50004268A2.pdf(11/16/2015) |
| 10/13/2015 | Contact Person:    John Cook | ISG Public Sector<br>4807 Spicewood Springs Road<br>Bldg 2, Suite 105<br>Austin, TX, 78759<br>Phone:    512      Fax:    512<br>Email address:    john.cook@isg-one.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/13/2015) |
| 10/27/2015 | Contact Person:    Kristee Trelli | QScend Technologies, Inc.<br>231 Bank ST<br>Waterbury, CT, 06702<br>Phone:    (203)757-6000     Fax:<br>Email address: sales@qscend.com | PRE-BID Conference Roster - B50004268.pdf(12/01/2015) |
| 10/13/2015 | Contact Person:    Jeff Barbieri | Jeff Barbieri<br>Contact Center Consulting<br>124 Ponderosa Ct.<br>Folsom, CA, 95630<br>Phone:    (916)765-1387     Fax: | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(10/13/2015) |

| Date | Contact | Document |
|---|---|---|
| | Email address:     barbieri.jeff@gmail.com | |
| 10/14/2015 | Contact Person:     Lauren Houck | Livanta<br>10820 Guilford<br>Suite 205<br>Annapolis Junction, MD, 20701<br>Phone:               443          Fax:<br>Email address:     lhouck@livanta.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/14/2015) |
| 10/15/2015 | Contact Person:     Victor Thomas | RSP<br>45 Wintonbury Ave<br>Bloomfield, CT, 06002<br>Phone:               860          Fax:<br>Email address:     refvt1011@me.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/15/2015) |
| 10/15/2015 | Contact Person:     Jeremy Johnson | Vertiba<br>1590 Broadway Street<br>Boulder, CO, 80302<br>Phone:               720          Fax:<br>Email address:     jeremy.johnson@vertiba.com | B50004268A1~1.pdf(10/15/2015) |
| 10/16/2015 | Contact Person: Naga Phani Kumar  | Technogen, Inc<br>4229 Lafayette Center Dr,<br>Chantilly, VA, 20151<br>Phone:               703          Fax:<br>Email address:   kumar@technogeninc.com | |
| 10/16/2015 | Contact Person:     Yashika Prabhakar | Yashika<br>yashikap@tscti.com<br>kellyw@tscti.com<br>Somerset, NJ, 08873<br>Phone:               888          Fax:<br>Email address:     yashikap@tscti.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/16/2015) |
| 10/16/2015 | Contact Person:   April Fern | Senryo Technologies<br>387 Shuman Blvd. Suite 208E<br>Naperville, IL, 60563<br>Phone:               630          Fax:<br>Email address:     april.fern@senryo.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/16/2015) |
| 10/20/2015 | Contact Person: Carin Weiss  | P.K.W. Associates, Inc.<br>705 E. Ordnance Road<br>Suite 108<br>Baltimore, MD, 21226<br>Phone:               443          Fax:               443<br>Email address:   cvw@pkwassoc.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/20/2015) |
| 10/20/2015 | Contact Person:     Mitchell Cho | FedWriters<br>4031 University Dr.<br>Fairfax, VA, 22030<br>Phone:               202          Fax:               202<br>Email address:   kmchoma@yahoo.com | |
| 10/21/2015 | Contact Person:   William Josko | IBM Corporation<br>35 Stanwyck Road<br>Mount Laurel, NJ, 08054<br>Phone:               609          Fax:<br>Email address:     wjjosko@us.ibm.com | B50004268A2.pdf(10/21/2015) |
| 10/26/2015 | Contact Person:     Tori Johnstin | Bourntec Solutions Inc<br>1701 E Woodfield Road Suite 200<br>Schaumburg, IL, 60173 | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/26/2015) |

| | | |
|---|---|---|
| | Phone:      224      Fax:<br>Email address:   tjohnstin@bourntec.com | |
| 12/02/2015 | Contact      Chantal Johnson | Capsource<br>Person:        Consulting<br>14510 Abbeville Pl<br>Upper Marlboro, MD, 20774<br>Phone:     (240)644-8714   Fax: (240)266-0400<br>Email address: cjohnson@capsourceconsulting.com | Attachment C - Proposal Price Sheets.xlsx(01/04/2016) |
| 10/27/2015 | Contact Person: Jack Dunham | Dynanet Corporation<br>8172 Lark Brown Road, Suite 300<br>Elkridge, MD, 21075<br>Phone:      443      Fax:      443<br>Email address:   jdunham@Dynanetcorp.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(10/27/2015) |
| 10/29/2015 | Contact Person: Carin Weiss | P.K.W. Associates, Inc.<br>705 E. Ordnance Road<br>Suite 108<br>Baltimore, MD, 21226<br>Phone:      443      Fax:      443<br>Email address:   cvw@pkwassoc.com | Attachment B - Vendor Interrogatories.docx(10/29/2015) |
| 11/01/2015 | Contact      Willard Rogers | W Blaine Consulting<br>Person:        LLC<br>3449 Hewitt Ave<br>Silver Spring, MD, 20906<br>Phone:    (240)779-5653        Fax:<br>Email address: wblaineconsult@live.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(11/01/2015) |
| 11/02/2015 | Contact Person:     Lauren Houck | Livanta<br>10820 Gilford Road<br>Suite 205<br>Annapolis Junction, MD, 20701<br>Phone:      240      Fax:<br>Email address:      lhouck@livanta.com | |
| 11/02/2015 | Contact Person:   Doc Mirino | Net Gain Marketing<br>PO Box 353<br>Collingswood, NJ, 08108<br>Phone:      877      Fax:<br>Email address:     notification@netgain4results.com | |
| 11/02/2015 | Contact Person:   Doc Mirino | Net Gain Marketing<br>PO Box 353<br>Collingswood, NJ, 08108<br>Phone:      877      Fax:<br>Email address:     notification@netgain4results.com | |
| 11/02/2015 | Contact Person:   Douglas Lee | End Results LLC<br>11010 Scotts Landing Road<br>Laurel, MD, 20723<br>Phone:      301      Fax:<br>Email address:     dlee@endresultsllc.com | |
| 11/02/2015 | Contact Person:   Douglas Lee | End Results LLC<br>11010 Scotts Landing Road<br>Laurel, MD, 20723<br>Phone:      301      Fax:<br>Email address:     dlee@endresultsllc.com | |
| 11/02/2015 | Contact Person:   Douglas Lee | End Results LLC<br>11010 Scotts Landing Road | |

| | | |
|---|---|---|
| | Laurel, MD, 20723<br>Phone:     301     Fax:<br>Email address:   dlee@endresultsllc.com | |
| 11/03/2015 | Contact Person:  William Josko | IBM Corporation<br>35 Stanwyck Road<br>Mount Laurel, NJ, 08054<br>Phone:     609     Fax:<br>Email address:   wjjosko@us.ibm.com | Attachment D - Project Reference Form.docx(11/03/2015) |
| 11/03/2015 | Contact     Chantal Johnson | Capsource<br>Person:     Consulting<br>14510 Abbeville Pl<br>Upper Marlboro, MD, 20774<br>Phone:     240     Fax:<br>Email address:  cjohnson@capsourceconsulting.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(11/03/2015) |
| 11/03/2015 | Contact     AJ Johnson | TeleTech Technology<br>Person:     Services<br>9197 South Peoria Street<br>Englewood, CO, 80112<br>Phone:     404     Fax:<br>Email<br>address:   aj_johnson@teletech.com | |
| 11/05/2015 | Contact Person:  Doc Mirino | Net Gain Marketing<br>PO Box 353<br>Collingswood, NJ, 08108<br>Phone:     877     Fax:<br>Email address:   notification@netgain4results.com | |
| 11/09/2015 | Contact Person:  William Josko | IBM Corporation<br>35 Stanwyck Road<br>Mount Laurel, , 08054<br>Phone:     609     Fax:<br>Email address:   wjjosko@us.ibm.com | |
| 11/10/2015 | Contact     Richard Mann | Telecommunications<br>Person:     Development Corp.<br>1919 13th St NW<br>Washington, DC, DC, 20009<br>Phone:     202     Fax:<br>Email<br>address:   info@telcomdc.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(11/10/2015) |
| 11/10/2015 | Contact Person: Tiffany Brunson | Cultivate Capacity<br>518 Greencrest Lane<br>Odenton, MD, 21113<br>Phone:     (410)698-2103     Fax:<br>Email address:   tiffanyldavis@gmail.com | |
| 11/12/2015 | Contact Person:   Mark Farris | Pegasystems<br>1 Rogers St<br>Cambridge, MA, 02142<br>Phone:     617     Fax:<br>Email address:   Mark.Farris@pega.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(11/12/2015) |
| 11/12/2015 | Contact Person:  Melissa Daley | RGM Incorporated<br>915 Thayer Ave<br>Suite 300<br>Silver Spring , MD, 20910<br>Phone:     301     Fax:<br>Email address:   Melissa@rgmincorporated.com | |

| Date | Contact | Document |
|---|---|---|
| 11/20/2015 | Contact Person: Henry Coleman \| Jeremiah Consumer Electronics<br>4402 Blair Road<br>Baltimore, MD, 21206<br>Phone: 667    Fax:<br>Email address: JCEHC777@comcast.net | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/20/2015) |
| 11/20/2015 | Contact Person: Dominick Banks \| Educaid Technology<br>3306 Shalbourne Lane<br>Upper Marlboro, MD, 20774<br>Phone: 301    Fax:<br>Email address: Dbanks@educaidtech.com | |
| 11/23/2015 | Contact Person: Tammy Zeoli \| RSM<br>224 Strawbridge Dr.<br>Ste. 110<br>Moorestown, NJ, 08055<br>Phone: 609    Fax: 609<br>Email address: tammy.zeoli@rsmus.com | |
| 11/23/2015 | Contact Person: Mitchell Cho \| FedWriters<br>4031 University Dr.<br>Suite 100<br>Fairfax, VA, 22030<br>Phone: (202)271-0312    Fax:<br>Email address: mitchell.cho@fedwriters.com | B50004268A2.pdf(11/23/2015) |
| 11/24/2015 | Contact Person: Henry Coleman \| Jeremiah Consumer Electronics<br>4402 Belair Rd<br>Baltimore, MD, 21206<br>Phone: (667)214-4044    Fax:<br>Email address: JCEHC777@comcast.net | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/24/2015) |
| 11/23/2015 | Contact Person: Chris Crosby \| Xaqt<br>2219 W 72nd St<br>Prairie Village, KS, 66208<br>Phone: 312    Fax:<br>Email address: Chris@xaqt.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/23/2015) |
| 11/24/2015 | Contact Person: Vinay Pande \| Mindboard, Inc.<br>43676 Trade Center Pl, Suite 235<br>Sterling, VA, 20166<br>Phone: 703    Fax:<br>Email address: info@mindboard.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/24/2015) |
| 11/24/2015 | Contact Person: Abhijit Verekar \| Mindboard<br>15 S Decker Avenue<br>Baltimore, MD, 21224<br>Phone: 440    Fax:<br>Email address: averekar@mindboard.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/24/2015) |
| 11/28/2015 | Contact Person: Gary Davis \| HighPoint Global<br>21 Governors Court 120<br>Baltimore, MD, 21244<br>Phone: 502    Fax:<br>Email address: gary.davis@highpointglobal.com | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/28/2015) |
| 11/28/2015 | Contact Person: Brad Center \| HighPoitn Global<br>11710 Plaza America Drive Suite 530<br>Reston, VA, 20190 | B50004268 - 311 Customer Resource Management (CRM) System -Bid Solicitation (Part 1).pdf(11/28/2015) |

| | | |
|---|---|---|
| | Phone:          703          Fax:<br>Email address:      brad.center@highpointglobal.com | |
| 11/30/2015 | Contact<br>Person:          Al-Jerome  Wolo  | LAN Systems, LLC<br>1011 Bexhill Dr.<br>Ste. B<br>Frederick,  MD,  21702<br>Phone:      (301)363-1489  Fax: (301)560-6339<br>Email address:   woloa@lansystemseast.com | |
| 12/01/2015 | Contact Person:   Joshua  Phipps | Chiron Solutions<br>520 Lehman St<br>Lebanon,  PA,  17046<br>Phone:          202          Fax:          202<br>Email address:      jphipps@chironsol.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/01/2015) |
| 12/01/2015 | Contact Person:     Yashika  Prabhakar  | Yashika<br>yashikap@tscti.com<br>kellyw@tscti.com<br>Somerset,  NJ,  08873<br>Phone:          888          Fax:<br>Email address:      yashikap@tscti.com | |
| 12/01/2015 | Contact<br>Person:          Kat  Tang  | Kreatek Information<br>Systems LLC<br>3460 Olney Laytonsville Road<br>suite 222<br>Olney,  MD,  20832<br>Phone:          240          Fax:          240<br>Email<br>address:          katherine.tang@kreatekis.com | |
| 12/02/2015 | Contact Person:       Nadia  Isata  | IOTAP<br>11710 Plaza America Dr.<br>Reston,  VA,  20190<br>Phone:          301      Fax:      301<br>Email address:          nisata@iotap.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/02/2015) |
| 12/02/2015 | Contact Person:     Nadia  Isata  | IOTAP Inc.<br>11710 Plaza America Dr.<br>Suite 2000<br>Reston,  VA,  20190<br>Phone:      (301)563-1404      Fax:<br>Email address:          nisata@iotap.com | Attachment A - Functional and Technical<br>Requirements.docx(12/02/2015) |
| 12/02/2015 | Contact<br>Person:          kat  Tang  | Kreatek Information<br>Systems LLC<br>3460 Olney Laytonsville Road<br>suite 222<br>Olney,  MD,  20832<br>Phone:          240          Fax:<br>Email<br>address:          katherine.tang@kreatekis.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/02/2015) |
| 12/02/2015 | Contact Person:   Zig  Berzins  | ZCo Consulting<br>1685 S. Colorado Blvd.<br>Unit S 191<br>Denver,  CO,  80222<br>Phone:          303          Fax:<br>Email address:      Zig.Berzins@ZCoConsulting.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/02/2015) |
| 12/04/2015 | Contact<br>Person:          Tori  Johnstin  | Bourntec Solutions Inc | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/04/2015) |

| | 1701 E Woodfield Road<br>Schaumburg, IL, 60173<br>Phone:        224        Fax:<br>Email address:    tjohnstin@bourntec.com | |
|---|---|---|
| 12/07/2015 | Contact Person:   Roslynne  Blake  | Roslynne Blake<br>13100 Columbia Pike<br>Silver Spring,  MD,  20904<br>Phone:        (202)768-3962        Fax:<br>Email address:    roslynne.blake@verizon.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/07/2015) |
| 12/07/2015 | Contact Person:     Roslynne  Blake  | Verizon<br>13100 Columbia Pike<br>Silver Spring,  MD,  20904<br>Phone:        202        Fax:<br>Email address:    roslynne.blake@verizon.com | |
| 12/08/2015 | Contact<br>Person:        Sandeep  Harjani  | Infojini Inc<br>891 Elkridge Landing Road<br>Suite 190<br>Linthicum Heights,  MD,  21090<br>Phone:        443        Fax:<br>Email address:  sandeep.harjani@infojiniconsulting.com | |
| 12/09/2015 | Contact<br>Person:        Joel  Freeman  | Lofa Technologies,<br>LLC<br>8160 Maple Lawn Blvd Suite 200<br>Fulton,  MD,  20759<br>Phone:        (301)960-1197        Fax:<br>Email address:  joel.freeman@lofatech.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(12/09/2015) |
| 12/10/2015 | Contact Person: Harry  Hans | SONA Networks, LLC<br>11350 McCormick Rd<br>EP I, Suite 409<br>Hunt Valley,  MD,  21031<br>Phone:        410        Fax:        410<br>Email address:    hhans@sonanetworks.com | PRE-BID Conference Roster - B50004268.pdf(12/10/2015) |
| 12/11/2015 | Contact<br>Person:        Kristee  Trelli  | QScend Technologies,<br>Inc.<br>231 Bank ST<br>Waterbury,  CT,  06702<br>Phone:        203        Fax:        203<br>Email address:    Kristee.trelli@qscend.com | |
| 12/15/2015 | Contact Person:   Mac  Nachlas  | SHI International<br>290 Davidson Ave<br>Somerset,  NJ,  08873<br>Phone:        443        Fax:<br>Email address:    maurice_nachlas@shi.com | |
| 12/27/2015 | Contact Person:     Abby  Bradfield  | entreQuest<br>1407 Fleet Street<br>Baltimore,  MD,  21231<br>Phone:        410        Fax:<br>Email address:    abradfield@entrequest.com | |
| 01/08/2016 | Contact Person:   Prasad  Yedavalli  | 3Di, Inc.<br>3 Pointe Drive, STE 307<br>Brea,  CA,  92821<br>Phone:        714        Fax:<br>Email address:  prasad.yedavalli@3disystems.com | |

| 02/15/2017 | Contact Person:    Tara  Briggs | Seneca Systems<br>333 Bradford St, Suite 270<br>Redwood City,  CA,  94063<br>Phone:            415              Fax:<br>Email address:    tara@romuluscrm.com | B50004268 - 311 Customer Resource Management (CRM)<br>System -Bid Solicitation (Part 1).pdf(02/15/2017) |

Cancel

Copyright © 2017 Periscope Holdings, Inc. - All Rights Reserved.