# Akira v. Conceptant, *et. al.*
# First Amended Complaint
# Exhibit 9

## JOSH: Please look at this

**Eli Liang** <eliang@akira-tech.com>  Wed, Jul 27, 2016 at 5:17 PM
To: Joshua Phipps <jphipps@akira-tech.com>
Cc: Srinivas Chennamaraja <schennamaraja@akira-tech.com>, Steven Roth <sroth@akira-tech.com>, Craig Fitzpatrick <cfitzpatrick@akira-tech.com>, Tom Peter <tpeter@akira-tech.com>, Robin Wilds <rwilds@akira-tech.com>, Bilal Sidiqii <bsidiqii@akira-tech.com>, Ryan Dunbar <rdunbar@akira-tech.com>

Josh,

Can we review bidding the new OPA RFQ (IT-70)? If you recall, we prepared, with Andrey, a bid for this opportunity when it had come out last year as a HHS Buyers Club opportunity. But then it was pulled back and put out on some internal vehicle. Well, it is BACK OUT AGAIN!

Ryan, can you add this in the pipeline and assign to Josh?

If you don't like it Josh, you can mark it no-bid on the pipeline.

Eli

On Wed, Jul 27, 2016 at 4:42 PM, Ryan Dunbar <rdunbar@akira-tech.com> wrote:

> Team,
>
> Please see today's list of opps for IT 70 and 8a STARS II. We have sent an email to opt into the 8a STARS II ITSS opportunity.
> --
> Ryan Dunbar
>
> Sr. Proposal Coordinator
>
> Akira Technologies, Inc.
>
> 1747 Pennsylvania NW Suite 600
>
> Washington, DC 20006
>
> 202-517-7187 x 103

---

**2 attachments**


**IT 70 opps 7-27.docx**
23K


**8a Stars opps 7-27.docx**
15K

## JOSH: Please look at this

**Joshua Phipps** <jphipps@akira-tech.com> Thu, Jul 28, 2016 at 2:47 PM
To: Srinivas Chennamaraja <schennamaraja@akira-tech.com>
Cc: Eli Liang <eliang@akira-tech.com>, Steven Roth <sroth@akira-tech.com>, Tom Peter <tpeter@akira-tech.com>, Robin Wilds <rwilds@akira-tech.com>, Bilal Sidiqii <bsidiqii@akira-tech.com>, Ryan Dunbar <rdunbar@akira-tech.com>

Srini,
I totally agree we don't want to chase too much at one time

Currently I have the following in my proposal radar:

| Opportunity | Priority | Effort Required | Due Date | Status | % Complete |
| --- | --- | --- | --- | --- | --- |
| CIO/SP3 FDA sources sought | high | low | 8/3/16 | In Queue | 0% |
| CMS Web Support - sub with IncaTech | high | medium | 8/5/16 | Red Recovery | 70% |
| ORA - domestic and imports - sole source | high | medium | 8/15/16 | Pink complete | 50% |
| ABAC opportunity for ORA - whitepaper | medium | medium | 8/15/16 | writing and scheduling date | 25% |
| OPA website | medium | medium | 8/17/16 | concept complete | 50% |
| CFSAN ongoing DME | medium | medium | 8/31/16 | in process | 20% |
| OWH - downselect | medium | high | ?? | waiting | 0% |
| DEX - downselect | medium | high | ?? | waiting | 0% |
| ORA State Datasharing | high | high | ?? | waiting | 0% |
| T4 (various RFI and RTEPs) | medium | medium | ongoing | ongoing | 0% |

I think I have the bandwidth with some support from Amy to manage this pipeline.

Let me know your thoughts.
Thanks

Josh


Joshua Phipps

SVP Health & Civilian Practice / CIO

Mobile: 202-250-9678

Email: jphipps@akira-tech.com



**From:** Srinivas Chennamaraja <schennamaraja@akira-tech.com>
**Date:** Thursday, July 28, 2016 at 1:10 PM

**To:** Joshua Phipps <jphipps@akira-tech.com>
**Cc:** Eli Liang <eliang@akira-tech.com>, Steven Roth <sroth@akira-tech.com>, Tom Peter <tpeter@akira-tech.com>, Robin Wilds <rwilds@akira-tech.com>, Bilal Sidiqii <bsidiqii@akira-tech.com>, Ryan Dunbar <rdunbar@akira-tech.com>

[Quoted text hidden]

[Quoted text hidden]

## JOSH: Please look at this

**Ryan Dunbar** <rdunbar@akira-tech.com>  Mon, Aug 1, 2016 at 9:26 AM
To: Joshua Phipps <jphipps@akira-tech.com>

Good Morning, Josh

Has there been a decision made regarding going after this OPA RFQ? Please advise.

Thanks,
Ryan
[Quoted text hidden]