**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

AKIRA TECHNOLOGIES, INC.,

                Plaintiff,

   v.

CONCEPTANT, INC., *et al.*

                Defendants.

Civil Action No. 1:17cv00412 (LO/IDD)

## PLAINTIFF / COUNTERCLAIM DEFENDANT AKIRA'S OBJECTIONS TO DEFENDANT/ COUNTERCLAIM PLAINTIFFS' EXHIBIT LIST

The Plaintiff, by counsel, pursuant to this Court's scheduling orders and the Local Rules of the United States District Court for the Eastern District of Virginia, submits the following objections to the defendant / counterclaim plaintiff's Exhibit List. Plaintiff reserves the right to amend or modify any of the objections set forth herein on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; or any order from the Court impacting admissibility.

Plaintiff objects to the introduction of exhibits that are not properly authenticated, but is willing to confer with the defendants regarding means to resolve authenticity objections in advance of trial. However, even in instances where a stipulation as to authenticity may be reached, and unless otherwise noted, the plaintiff reserves all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay and relevance.

| CODE | OBJECTION |
|---|---|
| U | Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously (Fed. R .Evid. 106). |
| R | Relevance (Fed. R. Evid. 402). |
| M | Misleading; undue prejudice; confusion of issues; waste of time (Fed. R. Evid. 403). |
| F | Personal knowledge; lack of foundation (Fed. R. Evid. 602). |
| L | Lay opinion or legal conclusion; the exhibit contains an impermissible opinion by a lay witness that is not reasonably based on perception or helpful to a clear understanding of the witness' testimony or to the determination of a fact in dispute (Fed. R. Evid. 701). |
| H | Hearsay; the exhibit is a statement made by one other than the witness while testifying at trial, offered into evidence to prove the truth of the matter asserted, and not subject to any hearsay exception (Fed. R. Evid. 801 and 802). |
| A | Authentication; exhibit has not been properly authenticated (Fed. R. Evid. 901). |
| B | Best evidence; the exhibit is objectionable because it is vague and ambiguous as to whether the witness is summarizing his or her own independent understanding of the contents of the document (Fed. R. Evid. 1001-1004). |
| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
| D | Untimely; exhibit not provided during the discovery process. |

Plaintiff makes the following objections to the defendants' proposed exhibits:

| Number | Description | Obj |
|---|---|---|
| 1 | Akira At-Will Employment Agreement of Joshua Phipps, 9/26/11 (AKIRA 60009-12) | |

| Number | Description | Obj |
|:---:|:---:|:---:|
| 2 | Akira Employment Agreement of Josh Phipps, 2/1/16 (AKIRA 60034-47) | |
| 3 | Akira At-Will Employment Agreement of Lisa Houle, 10/13/11 (AKIRA 60053-5) | |
| 4 | Akira At-Will Employment Agreement of Lisa Houle, 1/12/15 (AKIRA 16-22) | |
| 5 | Letter from Liang to Andrey Mikhalchuk re job offer/acceptance, 10/3/12 (AKIRA 24-5) | |
| | | |
| 6 | Akira At-Will Employment Agreement of Andrey Mikhalchuk, 10/10/12 | |
| | (DEF 8781-5) | |
| 7 | Email chain between Phipps and Chennamaraja re: FDA BAA and relevance of tranSMART or Big Data Approach, 9/12/12 | |
| | (AKIRA 140-140-1) | |
| 8 | Email from Liang to Chennamaraja and Phipps re: Fwd: tranSMART Project at FDA – Update, Timing and Next Steps, with Attachments FDA-Pharmacogenomic-tranSMART-Instance-and-Sandbox.docx, FDA BAA-12-00118.pdf, FDA"s Regulatory Science Strategic Plan corrected 8-17-11.pdf, 9/14/12 | |
| | (AKIRA 164471-544) | |
| 9 | Fbo.gov listing of FDABAA-13-00119 (DEF 10856-7) | A |
| 10 | Email chain between Phipps and Chennamaraja re: missed this one, 6/13/13 | |
| | (AKIRA 139-139-1) | |
| 11 | FDABAA-13-00119 (AKIRA 142-177) | |
| 12 | Email from Houle to Chennamaraja, Phipps and Liang re: BD Call Spreadsheet, with Attachment 2014016 – New Business Opportunities for Review.xlsx, 1/6/14 | |
| | (AKIRA 68386-416) | |
| 13 | Email from Liang to Chennamaraja, Fitzpatrick, Phipps, Houle, Munley and Siddiqui re: For Akira: current contracts dashboard and pipeline of opportunities in source selection as of 9/6/2014, with Attachments Dashboard of Existing Contracts 09-06-2014.pptx and Pipeline as of 09-06-2014 (sorted by anticipated award date, includes only proposals in source selection).pptx, 9/6/14 | |

| Number | Description | Obj |
|---|---|---|
| | (AKIRA 134578-89) | |
| 14 | Email chain among Chennamaraja, Phipps, Fitzpatrick, Liang, Hamill, and Grafmyre re: Fwd: eBER project management – Thank you!, 9/25/14 | H |
| | (AKIRA 257872-3) | |
| 15 | Email chain between Liang and Dorsey re: Re: Snowden: Dump Dropbox, 1/16/15 | H, R |
| | (AKIRA 156129) | |
| 16 | Proposal for Business Informatics for Office of Regulatory Affairs (ORA), Volume I: Technical Proposal, 8/27/15 | |
| | (AKIRA 169172-226) | |
| 17 | Email chain among Chennamaraja, Sartain, Boo, and Houle re: Fwd: eBER project management – Thank you!, 9/25/14-10/15/15 (AKIRA 270053-6) | H |
| 18 | Email chain among Chennamaraja, Sartain, Boo, Houle, Fitzpatrick, | H |
| | Phipps, and Grafmyre re: Fwd: FW: Thank you!, 10/15/15 (AKIRA 270057) | |
| 19 | Email chain between Chennamaraja and Johnson re: Re: CBER, 10/15/15 | H |
| | (AKIRA 270075-6) | |
| 20 | Fbo.gov listing of FDABAA-16-00122 (DEF 11335-6) | A |
| 21 | FDABAA-16-00122 (AKIRA 179-220) | |
| 22 | Email from Handberg to Phipps, Liang, Peter, Dunbar, Chennamaraja, Wilds re: 5-09-16 Pipeline Report, with Attachment 2016 05 09 Pipeline Report.xlsx, 5/9/16 | H |
| | (AKIRA 68626-39) | |
| 23 | Email from Handberg to Chennamaraja cc: Phipps, Liang, Peter, Fitzpatrick, Dunbar, Wilds re: Re: 5-16-16 Pipeline Report, with Attachment 2016 05 16 Pipeline Report.xlsx, 5/16/16 | H |
| | (AKIRA 69721-828) | |
| 24 | Email from Handberg to Chennamaraja cc: Phipps, Liang, Peter, Dunbar, Chennamaraja, Wilds re: Pipeline Report, with Attachment 2016 05 23 Pipeline Report.xlsx, 5/23/16 | H |
| | (AKIRA 70816-33) | |

| Number | Description | Obj |
|---|---|---|
| 25 | Email from Liang to Fitzpatrick, Phipps, Peter cc: Dunbar, Siddiqui, Grossman, Roth, Boo re: IMPORTANT: Regarding the Small Business Setaside Rule, 6/3/16 | |
| | (AKIRA 7690-1) | |
| 26 | Email from Handberg to Phipps, Chennamaraja, Liang, Peter, Fitzpatrick, Dunbar, Wilds re: Pipeline Report, with Attachment 2016 06 06 Pipeline Report.xlsx, 6/6/16 | H |
| | (AKIRA 71074-92) | |
| 27 | Email from Handberg to Phipps, Chennamaraja, Liang, Peter, Fitzpatrick, Dunbar, Wilds re: Pipeline Report, with Attachment 2016 13 06 Pipeline Report.xlsx, 6/13/16 | H |
| | (AKIRA 76301-19) | |
| 28 | Email chain between Liang and Chennamaraja re: Re: DLA JETS non- selection, debriefing, and debriefing analysis & a question, 6/16/16- 6/17/16 | |
| | (AKIRA 152477-8) | |
| 29 | Email from Handberg to Phipps, Chennamaraja, Liang, Peter, Fitzpatrick, Dunbar, Wilds re: June 20 2016 Pipeline Report, with Attachment 2016 20 06 Pipeline Report.xlsx, 6/20/16 | H |
| | (AKIRA 81528-46) | |
| 30 | Email from Handberg to Phipps, Chennamaraja, Liang, Peter, Fitzpatrick, Dunbar, Wilds re: June 27 2016 Pipeline Report with Attachment 2016 06 27 Pipeline Report.xlsx, 6/27/16 | H |
| | (AKIRA 86755-73) | |
| 31 | Conceptant, Inc. Full Technical Proposal FDA Population Health and Product Safety Platform FDABAA-16-00122, 7/6/16 | |
| | (AKIRA 76-135) | |
| 32 | Email from Houle to FDABAA re: Research Area #5 FDABAA-16- 00122 Update, 7/8/16 (DEF 524) | |
| 33 | Conceptant Full Technical Proposal re: FDABAA-16-00122, 8/31/16 (DEF 1185-1268) | |
| 34 | Conceptant Cost Proposal re: FDABAA-16-00122, 8/31/16 (DEF 1269-1281) | |
| 35 | Email from Handberg to Dunbar, Liang, Roth, Wilds, Fitzpatrick, Phipps, Boyce, and Chennamaraja re: BD Pipeline Meeting, with Attachment 2016_12_05 Pipeline Report.xlsx, 12/5/16 | H |
| | (AKIRA 96730-56) | |

| Number | Description | Obj |
|---|---|---|
| 36 | Employee Termination record for Phipps (AKIRA 60051) | |
| 37 | Email chain among Liang, Phipps, Chennamaraja, Roth, Fitzpatrick, Peter, Wilds, Sidiqii, and Dunbar re: JOSH: Please look at this, 7/27/16-8/1/16 | H |
| | (AKIRA31-31-2) | |
| 38 | Email chain among Dunbar, Phipps, Lloyd, et al. re: Fwd: Letters of Commitment and Resumes needed for Akira"s Continuing Work for FDA ORA, with Attachment Letter of Commitment, 8/16/16 (AKIRA 100021-3) | H |
| 39 | Email from Liang to Phipps, Houle, Dunbar, Chennamaraja, Grossman re: LEVEL OF EFFORT (LOE) AND PRICING WORKSHEET FOR SOLICITATION # 16-223-SOL-00106 "DIGITAL MANAGEMENT AND BUSINESS SOLUTION SUPPORT FOR OFFICE OF | |
| | REGULATORY AFFAIRS (ORA), V1, with Attachment LOE and Pricing Workbook – Solicitation 16-223-SOL-00106.xlsx, 8/18/16 (AKIRA 100027-41) | |
| 40 | Email chain between Liang and Houle re: Re: DOMESTICS: Please review very quickly, with Attachment FDA ORA Domestics Pricing – | |
| | Red Team v4.xlsx, 8/23/16 (AKIRA 100185-201) | |
| 41 | Email from Houle to Liang re: Domestics Staffing Matrix, 8/24/16 (AKIRA 180044-5) | |
| 42 | Email chain between Liang and Houle re: Re: Domestics Staffing Matrix, with Attachment FDA ORA Domestics Pricing – Red Team v6.xlsx, 8/24/16 | |
| | (AKIRA 100224-33) | |
| 43 | Email from Dunbar to Chennamaraja, Roth, Liang, Fitzpatrick,, Phipps, Peter, Wilds, and Sidiqii, with Attachment IT 70 opps 9-12.docx, 9/12/16 | |
| | (AKIRA 127284-9) | |
| 44 | Email from Dunbar to Chennamaraja, Roth, Liang, Fitzpatrick, Phipps, Wilds, and Sidiqii re Daily Opps Summary, with Attachments 8a Stars opps 9-27.docx and IT 70 opps 9-27.docx, 9/27/16 | |
| | (AKIRA 127319-25) | |
| 45 | Email chain among Liang, Chennamaraja, Boyce, Roth, Phipps, and Dunbar re: Re: FDA CFSAN, 10/7/16 | H |

| Number | Description | Obj |
|:---:|:---|:---:|
| | (AKIRA 7692-6) | |
| 46 | Email chain among Liang, Chennamaraja, Boyce, Roth, Phipps, and Dunbar re: Re: FDA CFSAN, 10/7/16 | H |
| | (AKIRA 7697-700) | |
| 47 | Email chain among Boyce, Phipps, Chennamaraja, Dunbar, Liang, and Roth re: Re: GSA, 10/12/16-10/17/16 | H |
| | (AKIRA 5192-5) | |
| 48 | Email chain among Boyce, Chennamaraja, Phipps, Dunbar, Liang, and Roth re: Re: GSA, 10/12/16-10/17/16 | H |
| | (AKIRA 5196-8) | |
| 49 | Email chain among Chennamaraja, Liang, Boyce, Phipps, Dunbar, and Roth re: Re: GSA, 10/12/16-10/17/16 | H |
| | (AKIRA 5207-10) | |
| 50 | Email chain among Houle and Boyce re: Re: Draft Minutes and Question for you, 10/24/16-10/25/16 | H |
| | (AKIRA 100266-8) | |
| 51 | Email from Mikhalchuk to Chennamaraja re: Notes, 10/31/16 (AKIRA 7776) | |
| 52 | Email with notes by Mikhalchuk re: outline, 11/3/16 (AKIRA 134219) | |
| 53 | Email from Dunbar to Phipps and Liang re: Fwd: Pipeline pull, with Attachment Pipeline report 11-3.xlsx, 11/3/16 | |
| | (AKIRA 92414-32) | |
| 54 | Email chain among Chennamaraja and Roth re: Re: Presentation tomorrow, with Attachment Company Offsite – Strategy Slides Updated.pptx, 11/3/16-11/4/16 | H |
| | (AKIRA 135510-26) | |
| 55 | Management Offsite – Health and Civilian Programs, Sustainability and Growth Discussion | |
| | (AKIRA 60436-43) | |
| 56 | Letter from Boyce to Houle re: Earnings Increase, 11/7/16 (AKIRA 60063) | H, R |
| 57 | Email from Mikhalchuk to Roth re: compensation, 11/7/16 (AKIRA 100281) | |
| 58 | Email chain among Chennamaraja, Roth, and Mikhalchuk re: Re: FW: | H |

| Number | Description | Obj |
|---|---|---|
| | FW: Andrey"s signed offer letter, 10/3/12-11/7/16 (AKIRA 7753-63) | |
| 59 | Email from Handberg to Dunbar, Liang, Chennamaraja, Wilds, Phipps, Fitzpatrick, Roth, and Boyce re: ATTENTION THIS MORNING: Prepare for Pipeline Meeting, with Attachment 2016_11_14 Pipeline Report.xlsx, 11/14/16 | H |
| | (AKIRA 93577-94) | |
| 60 | Email from Handberg to Dunbar, Liang, Chennamaraja, Wilds, Phipps, Fitzpatrick, Roth, and Boyce re: ATTENTION THIS MORNING: Prepare for Pipeline Meeting, with Attachment 2016_11_28 Pipeline Report.xlsx, 11/28/16 | H |
| | (AKIRA 95026-49) | |
| 61 | Email chain among Chennamaraja, Johnson, Roth, Boyce, and Phipps re: Fwd: Resignation Letter, 11/28/16 | H |
| | (AKIRA 60048-9) | |
| 62 | Sales by Customer Detail, January through December 2016 (AKIRA Native 24) | U |
| 63 | Fbo.gov listing of FDABAA-17-00123N (DEF 10858) | A |
| 64 | SAM search results for NuCognition (DEF 11227) | A, R |
| 65 | Akira Technologies, Inc. Employee Handbook (AKIRA0138048-105) | |
| 66 | Chart of contracts and Akira Labs Prototypes and Demos (AKIRA 240468-74) | R |
| 67 | Summary chart of BAA postings | A, D, B |
| 68 | Search results of Opportunities on www.fbo.gov, highlighted to show BAAs | A |
| | (DEF010624-855) | |
| 69 | Semantic Layer Integration with eHMP (DEF011321) | R |
| 70 | OSEHRA Terms of Service (DEF011322-32) | R |
| 71 | Creative Commons license (DEF011333) | R |
| 72 | Business Rules and Business Process Management Platform Implementation with eHMP | R |
| | (DEF011334) | |
| 73 | Executive Summary (DEF010611-13) | R |
| 74 | Patient Data (DEF010614) | R |
| 75 | Med 4 All Features and Functionality (DEF010615-8) | R |

| Number | Description | Obj |
|---|---|---|
| 76 | Portable Personal Medical Record and Alert System (DEF010619-21) | R |
| 77 | Med 4 All electronic files (DEF010622) | R |
| 78 | Med 4 All electronic files (DEF010623) | R |
| 79 | ISO 9001:2008 / CMMI – 3 Quality Manual (DEF011168-203) | R |
| 80 | Technatomy Corporation ISO 9001:2008 Forms (DEF011215-6) | R |
| 81 | Master Documents List (DEF011217-26) | R |
| 82 | Organizational Process Group (DEF011229-34) | R |
| 83 | Risk Management Plan (DEF011235-41) | R |
| 84 | Internal Audit Checklist – Product Delivery Process (DEF011242-4) | R |
| 85 | Email chain among Phipps, Liang, Chennamaraja, Houle, and Fitzpatrick re: Re: salaries, 4/22/14-4/23/14 | H |
|  | (AKIRA 7230-3) |  |
| 86 | Email from Phipps to Chennamaraja re: Health Practice Plan (updated), with Attachment 20141014 – Akira Health Practice Updates – Q4 2014 update.pptx, 10/14/14 |  |
|  | (AKIRA 137680-92) |  |
| 87 | Email chain between Phipps and Grossman re: Re: Project Summaries and Proxy Jira list for Amy, 5/31/16 | H |
|  | (AKIRA 2602-4) |  |
| 88 | Email chain between Phipps and Kelemework re: FW: BPR and CMS, 7/31/12 |  |
|  | (DEF 11205) |  |
| 89 | ORA wide Business Process Reengineering Initiative and Compliance Management System (CMS) Technical Support, 7/31/12 | A |
|  | (DEF 11206-9) |  |
| 90 | Email chain among Liang, Phipps, Chennamaraja, and Adapa re: Proposal templates for the CMS proposal, 9/9/12-9/10/12 (AKIRA 138235) | H |
| 91 | Email from Liang to Phipps, Adapa, and Chennamaraja re: New templates for the FDA ORA CMS project response, 9/10/12 (AKIRA 138236) |  |
| 92 | Solicitation/Contract/Order for Commercial Items (AKIRA 294814-60) |  |

| Number | Description | Obj |
|---|---|---|
| 93 | Email chain among Liang, Kelemework, Phipps, Adapa, and Chennamaraja re: Re: A copy of ORA kickoff presentation, 10/9/12 (AKIRA 138232-4) | H |
| 94 | Transaction Detail by Account, January through December 2012 (AKIRA Native 36) | U |
| 95 | Chat between Chennamaraja and Phipps, 1/29/13 (AKIRA 8521) | |
| 96 | Transaction Detail by Account, January through December 2013 (AKIRA Native 37) | U |
| 97 | Chat between Phipps and Liang, 1/23/16 (AKIRA 7880-6) | |
| 98 | Solicitation / Contract / Order for Commercial Items (AKIRA 138237-72) | |
| 99 | Amendment of Solicitation/Modification of Contract, effective 8/17/12 (AKIRA 138273-307) | |
| 100 | Amendment of Solicitation/Modification of Contract, effective 5/6/13 (AKIRA 138308-44) | |
| 101 | Email from Chennamaraja to Phipps re: your Capture Bonus for FDA follow on work, 6/25/13 | |
| | (DEF 11166) | |
| 102 | Email chain among Ohatnick, Chennamaraja, and Phipps re: From FDA, 8/22/13 | H |
| | (AKIRA 138353-6) | |
| 103 | Email chain among Liang, Phipps, Chennamaraja, Lloyd, and Ohatnick re: Bill Lloyd's content (for Josh to insert into the Volume 1 template), 8/27/13-9/1/13 | H |
| | (AKIRA 138357-60) | |
| 104 | Email chain among Ohatnick, Chennamaraja, and Phipps re: Final RfTOP for ORA IT Support, 9/6/13-9/13/13 | H |
| | (AKIRA 138345-52) | |
| 105 | Email chain among Liang, Phipps, and Chennamaraja re: JOSH: REST OF THIS WEEK AND MONDAY!, 9/3/13-9/4/13 | |
| | (AKIRA 138174-87) | |
| 106 | Email chain among Liang, Chennamaraja, Phipps, and Fitzpatrick re: Guys! Look at this! Hubzone setaside for Project Management from FDA CBER released yesterday as an RFP!, 9/1/13-9/2/13 | H |
| | (AKIRA 138188-9) | |
| 107 | Email chain among Chennamaraja, Phipps, and Liang re: Re: JOSH: | |

| Number | Description | Obj |
|---|---|---|
| | REST OF THIS WEEK AND MONDAY!, 9/3/13 (AKIRA 250973-4) | |
| 108 | Email chain among Chennamaraja, Phipps, and Liang re: Re: JOSH: | |
| | REST OF THIS WEEK AND MONDAY!, 9/3/13 (AKIRA 250975-6) | |
| 109 | Email chain among Liang, Phipps, Chennamaraja, Fitzpatrick, and Houle re: FDA CBER PMSS contract RFP documents, 9/3/13-9/6/13 (AKIRA 138143-53) | H |
| 110 | Email chain among Liang, Phipps, and Chennamaraja re: JOSH: REST OF THIS WEEK AND MONDAY!, 9/3/13-9/4/13 | |
| | (AKIRA 138174-87) | |
| 111 | Email chain among Liang, Phipps, and Chennamaraja re: Template for CDER PMSS proposal, 9/4/13-9/6/13 | |
| | (AKIRA 138165-73) | |
| 112 | Email from Liang to Houle, Phipps, and Chennamaraja re: ORA BITS Support – original SOW and original Akira Proposal (for use in cutting & pasting into CBER PMSS proposal (including past performance section), with Attachments FDA ORA BITS Support contract SOW.pdf, FINAL PROPOSAL – Volume I – Technical Approach (clean) – 09-21-2011.pdf, REVISED PROPOSAL – Volume I – | |
| | Technical Approach (red-lined) – 09-13-2011.docx, 9/6/13 (AKIRA 135330-477) | |
| 113 | Email chain among Liang, Phipps, and Chennamaraja re: Revised Templates for CBER PMSS proposal, 9/6/13-9/7/13 | |
| | (AKIRA 138157-62) | |
| 114 | Chat between Phipps and Houle, 9/8/13 (AKIRA 8456-60) | |
| 115 | Chat between Phipps and Chennamaraja, 9/8/13 (AKIRA 8455) | |
| 116 | Email chain between Phipps and Liang re: Re: Josh, for my pricing, please fill in items in yellow, 9/7/13-9/8/13 | |
| | (AKIRA 251261) | |
| 117 | Email chain among Phipps, Chennamaraja, Liang, Houle, and Lloyd re: last round of questions are out, 9/9/13 | H |
| | (AKIRA 138154-6) | |
| 118 | Chat between Phipps and Houle, 9/9/13 (AKIRA 8451-3) | |
| 119 | Chat between Phipps and Houle, 9/9/13 (AKIRA 8449-50) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 120 | Email chain among Lloyd, Houle, Liang, Chennamaraja, and Phips re: | H |
| | Re: New Master, 9/9/13 (AKIRA 138223-4) | |
| 121 | Chat between Houle and Phipps, 9/10/13 (AKIRA 8436-48) | |
| 122 | Chat between Houle and Phipps, 9/10/13 (AKIRA 8435) | |
| 123 | Chat between Houle and Phipps, 9/11/13 (AKIRA 8421-33) | |
| 124 | Chat between Chennamaraja and Phipps, 9/11/13 (AKIRA 8434) | |
| 125 | Chat between Houle and Phipps, 9/11/13 (AKIRA 8417) | |
| 126 | Proposal for FDA/CBER Project Management Support Services, | |
| | Volume I: Technical Proposal, 9/11/13 (AKIRA 174906-36) | |
| 127 | Proposal for FDA/CBER Project Management Support Services, | |
| | Volume II: Past Performance, 9/11/13 (AKIRA 174065-77) | |
| 128 | Email chain among Chennamaraja, Phipps, Liang, Chowdhary, Houle, and Lloyd re: Re: CBER submitted and confirmed, 9/11/13 | H |
| | (AKIRA 251488) | |
| 129 | Email chain among Chennamaraja, Phipps, Liang, Fitzpatrick, and Houle re: Re: CBER IS A WIN!!!!!, 9/25/13 | H |
| | (AKIRA 251534) | |
| 130 | Solicitation/Contract/Order for Commercial Items (AKIRA 294861-8) | |
| 131 | Email chain among Gangi, Liang, Chennamaraja, and Phipps re: RE: | H |
| | Invoicing, 9/20/13-9/27/13 (AKIRA 251565-6) | |
| 132 | Email chain among Gangi, Liang, Chennamaraja, and Phipps re: RE: | H |
| | Invoicing, 9/20/13-9/27/13 (AKIRA 251567-8) | |
| 133 | Email chain between Liang and Phipps re: Re: 9th, 10/4/13 (AKIRA 251633-4) | |
| 134 | Email chain between Phipps and Liang re: RE: 9th, 10/4/13 (AKIRA 251638-41) | |
| 135 | Transaction Detail By Account, January through December 2013 (AKIRA Native 34) | U |
| 136 | Chat between Phipps and Houle, 1/21/14 (AKIRA 8234-41) | |
| 137 | Chat between Phipps and Houle, 4/22/14 (AKIRA 8107-25) | |

| Number | Description | Obj |
|:---:|:---:|:---:|
| 138 | Email chain between Chennamaraja and Liang re: Re: ODesk, 5/6/14 (AKIRA 254557-8) | |
| 139 | Email chain between Chennamaraja and Liang re: Re: ODesk, 5/6/14 (AKIRA 254562-4) | |
| 140 | Email chain among Sieg, Phipps, Fitzpatrick, Bienvenu, Fitzpatrick, Chennamaraja, and Mantell re: Akira Performance Issues & Response, 7/21/14 | H |
| | (AKIRA 138230-1) | |
| 141 | Email from Fitzpatrick to Phipps, Houle, Wilson, Johnson, and Chennamaraja re: CBER bonuses, 10/9/14 | H |
| | (DEF 11156) | |
| 142 | Transaction Detail By Account, January through December 2014 (AKIRA Native 35) | U |
| 143 | Contractor Performance Assessment Report (CPAR) (AKIRA 138219-22) | |
| 144 | Chat between Chennamaraja and Phipps, 2/28/13 (AKIRA 8519) | |
| 145 | Email from Phipps to Chennamaraja, Liang, and Houle re: Capabilities list for ORA services, with Attachment Akira Business Offerings.docx, 1/23/14 | |
| | (DEF 100282-4) | |
| 146 | Email from Chennamaraja to Phipps, Liang, and Houle re: Re: | |
| | Capabilities list for ORA services, 1/23/14 (AKIRA 5514) | |
| 147 | Email chain between Phipps and Kelemework re: Re: can you please verify that this is the level of detail and worded the way you need, 2/9/14 | |
| | (DEF 11210-1) | |
| 148 | Email from Phipps to Kelemework re: update, 2/10/14 (DEF 11214) | |
| 149 | Email from Houle to Phipps re: ORA PP, with Attachments Past Performance Writeup FDA.docx, FDA Business Information Technology Management Staff.docx, Data Call #2 FADS Akira FDA.docx, Akira ORA Experience narrative.docx, 4/22/14 (AKIRA 66794-66850) | |
| 150 | Email chain between Phipps and Kelemework re: Re: quick question, 5/1/14 | |
| | (DEF 11212) | |

| Number | Description | Obj |
|:---:|:---|:---:|
| 151 | Email chain among McCarthy, Chennamaraja, Phipps, Fitzpatrick, and Lloyd re: U.S. FDA – Statements of Work for review, 5/19/14-7/9/14 (AKIRA 138273-82) | H |
| 152 | Email chain among Phipps, Houle, Chennamaraja, Lloyd, Fitzpatrick Liang, and McCarthy re: Fwd: U.S. FDA / Akira Technologies – Request for Quotation, with Attachments RFP – Proposal Instructions.doc, SOW – RFP – 7.14.docx, 7/14/14 | H |
| | (AKIRA 100670-715) | |
| 153 | Email chain among Lloyd, Liang, Phipps, Chennamaraja, Fitzpatrick, Houle, and McCarthy re: Re: RE: U.S. FDA / Akira Technologies – | H |
| | Request for Quotation, 7/21/14 (AKIRA 5743-5) | |
| 154 | Email from Lloyd to Phipps, Chennamaraja, Liang, and Fitzpatrick re: ORA Volume 1 Productin, with Attachments 20140718-0300 – Business Informatics Support – Volume I – wjl v0 2.docx, Resume William Lloyd v0 1.docx, 7/23/14 | H |
| | (AKIRA 135575-93) | |
| 155 | Email from Phipps to Houle re: ORA BIS for review, with Attachments 20140724-0900 – Business Informatics Suppirt – Volume I – DRAFTV1.docx, RFP – Proposal Instructions.doc, SOW – RFP – 7.14.docx, 7/24/14 | |
| | (AKIRA 100761-838) | |
| 156 | Email from Houle to Houle re: ora proposal, with Attachments 20140724-1100 – Business Informatics Suppirt – Volume I – DRAFTV1-LH.docx, RFP – Proposal Instructions.doc, SOW – RFP – 7.14.docx, 7/24/14 | |
| | (AKIRA 100839-914) | |
| 157 | Award/Contract for Contract No. HHSF223201400164C, effective 9/24/14 | |
| | (AKIRA 138283-342) | |
| 158 | Email chain among Chennamaraja, Liang, and Phipps re: Fwd: time to talk about sales bonus for the ORA work, 10/12/14 | |
| | (AKIRA 7766) | |
| 159 | Email chain between Chennamaraja and Phipps cc: Fitzpatrick re: Re: time to talk about sales bonus for the ORA work, 10/12/14 | |
| | (DEF 11155) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 160 | Email chain among Chennamaraja, Liang, Fitzpatrick, and Phipps re: RE: time to talk about sales bonus for the ORA work, 10/12/14 (AKIRA 258012-3) | H |
| 161 | Email chain among Phipps, Chennamaraja, and Fitzpatrick re: Re: time to talk about sales bonus for the ORA work, 10/12/14 | H |
| | (AKIRA 7768-9) | |
| 162 | Email chain among Chennamaraja, Liang, Fitzpatrick, and Phipps re: Re: time to talk about sales bonus for the ORA work, 10/12/14 (AKIRA 258018-20) | H |
| 163 | Email chain among Chennamaraja, Liang, Fitzpatrick, and Phipps re: Re: time to talk about sales bonus for the ORA work, 10/12/14 (AKIRA 258035-9) | H |
| 164 | Email chain among Chennamaraja, Liang, and Phipps re: Fwd: health practice updates, 11/6/14-11/10/14 | |
| | (AKIRA 137702) | |
| 165 | Email chain among Liang, Chennamaraja, and Phipps re: Re: ORA Imports pricing, 8/15/16 | |
| | (AKIRA 2570-3) | |
| 166 | Email chain among Phipps, Grossman, Dunbar, and Grossman re: Re: | H |
| | Imports Technical Volume- FINAL- word version, 8/26/16 (AKIRA 135478-507) | |
| 167 | Streamlined Pipeline Management (AKIRA 60095-114) | |
| 168 | ORA BIS Proposal Schedule v0.2 (from AKIRA Native 29) | |
| 169 | Email chain among Phipps, Chennamaraja, Liang, Fitzpatrick, and Houle re: Re: updates to the ORA BIS schedule, 7/25/14 | H |
| | (AKIRA 5750-1) | |
| 170 | Email from Phipps to Wilson, Houle, Johnson, Mikhalchuk re: ORA SOW, with Attachment SOW – RFP – 7.14.docx, 9/29/14 | H |
| | (AKIRA 5752-93) | |
| 171 | Email from Houle to Phipps re: Volume 1, with Attachment Volume I- Technical Proposal- Akira Technologies, Inc. – FDA-1147420 V3- | |
| | LH.docx, 8/24/15 (AKIRA 66964-7018) | |
| 172 | Email chain between Phipps and Houle re: RE: Hey There! How are things coming?, with Attachment Volume I- Technical Proposal- Akira Technologies, Inc – FDA01147420 V3-LH-JP.docx, 8/25/15 | |

| Number | Description | Obj |
|---|---|---|
| | (AKIRA 67019-75) | |
| 173 | Award/Contract for Contract No. HHSF223201510173C (AKIRA 138240-66) | |
| 174 | Email chain among Chennamaraja, Phipps, and Liang re: Re: PLEASE REVIEW: CFSAN FARM Pricing, 1/25/14 | |
| | (DEF 11160-1) | |
| 175 | Email chain among Lloyd, Wood, Phipps, Chennamaraja, and Fitzpatrick re: Opportunities at CFSAN, 5/6/15-5/7/15 (AKIRA 138197-200) | H |
| 176 | Email chain among Lloyd, Phipps, Wood, and Chennamaraja re: FDA CFSAN and Resource Library, 6/10/15 | H |
| | (AKIRA 138190-6) | |
| 177 | Proposal for FSMA Assessment Tool (FAT), Volume I: Technical Proposal, 9/11/15 | |
| | (AKIRA 246167-88) | |
| 178 | Sales by Customer Detail, January through December 2015 (AKIRA 138112) | U |
| 179 | Sales by Customer Detail, January through December 2016 (AKIRA 138113-4) | U |
| 180 | Customer QuickReport, January 2011 through December 2017 (AKIRA 138116) | U |
| 181 | Email chain among Phipps, Dunbar, Chennamaraja, Liang, Roth, Peter, Wilds, and Sidiqii re: Re: JOSH: Please look at this, 7/27/16-8/1/16 (AKIRA 6502-9) | H |
| 182 | Email from Grossman to Phipps re: FDA ORA 1 Past Performance 1- pager, with Attachment FDA-ORA1-PP1page.docx, 6/8/16 | H |
| | (AKIRA 67416-8) | |
| 183 | Email chain between Grossman and Phipps re: Re: FDA ORA 1 Past Performance 1-pager, with Attachments HHS-ASPE-PP1page.docx, FDA-ORA1-PP1page.docx, FDA-ORA2-PP1page.docx, FDA-ORA3- | H |
| | PP1page.docx, 6/8/16 (AKIRA 67419-25) | |
| 184 | Chat between Grossman and Phipps, 7/5/16 (AKIRA 7851) | H |
| 185 | Chat between Grossman and Phipps, 7/6/16 (AKIRA 7850) | H |
| 186 | Chat between Phipps and Grossman, 7/7/16 (AKIRA 7849) | H |
| 187 | Chat between Grossman and Phipps, 7/21/16 (AKIRA 7845) | H |
| 188 | Chat between Grossman and Phipps, 7/29/16 (AKIRA 7842) | H |

16

| Number | Description | Obj |
|---|---|---|
| 189 | Chat between Grossman and Phipps, 8/10/16 (AKIRA 7834-6) | H |
| 190 | Email chain among Jones, STARS2, Creason, Chennamaraja, Phipps, Liang, Houle, Dunbar, Grossman, and Lloyd re: Import/ACE Informatics Support Services, 8/8/16-8/10/16 | H |
| | (AKIRA 138267-72) | |
| 191 | Chat between Grossman and Phipps, 8/11/16 (AKIRA 7833) | H |
| 192 | Email chain among Liang, Phipps, Foust, Dunbar, and Houle re: Re: New sole source RFP from FDA ORA we need NTELX"s help on, 8/12/16 | H |
| | (AKIRA 6994-7000) | |
| 193 | Email from Phipps to Chennamaraja and Liang re: ORA Imports pricing, with Attachment Imports LOE V1 – full.xlsx, 8/15/16 (AKIRA 99828-32) | |
| 194 | Email from Phipps to Chennamaraja, Liang, Houle, and Peter re: Imports approach, with Attachment Imports LOE V1 – full.xlsx, 8/15/16 | |
| | (AKIRA 99982-6) | |
| 195 | Email chain among Dunbar, Foust, Liang, and Phipps re: Re: FDA Imports question, 8/16/16 | H |
| | (AKIRA 7016-8) | |
| 196 | Email chain among Dunbar, Phipps, Lloyd, et al. re: Fwd: Letters of Commitment and Resumes needed for Akira"s Continuing Work for FDA ORA, with Attachment Letter of Commitment.docx, 8/16/16 (AKIRA 100021-3) | H |
| 197 | Email chain between Houle and Phipps re: Re: Domestics LOE, 8/20/16-8/21/16 | |
| | (AKIRA 100082-3) | |
| 198 | Email chain among Phipps, Houle, Dunbar, Sriram, Taub, Mateti, and Liang re: Re: Letters of Commitment and Resumes needed for Akira Technologies, Inc."s two FDA Sole Source Opportunities, 8/22/16 (AKIRA 7040-2) | H |
| 199 | Email chain among Liang, Houle, Phipps, Chennamaraja, and Dunbar re: Re: DOMESTICS: Please review very quickly, with Attachment FDA ORA Domestics Pricing – Red Team v4.xlsx, 8/23/16 | |
| | (AKIRA 100185-201) | |
| 200 | Chat between Liang and Phipps, 8/24/16 (AKIRA 7820-1) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 201 | Email from Houle to Liang and Phipps re: Updated Domestics Pricing V7, with Attachment FDA ORA Domestics Pricing – Red Team v7.xlsx, 8/24/16 | |
| | (AKIRA 100234-42) | |
| 202 | Chat between Phipps and Houle, 8/24/16 (AKIRA 7817) | |
| 203 | Chat between Phipps and Houle, 8/25/16 (AKIRA 7813-4) | |
| 204 | Chat between Grossman and Phipps, 8/26/16 (AKIRA 7812) | H |
| 205 | Email chain among Phipps, Houle, and Liang re: Re: Please check tab | |
| | #2 and see if this is what you wanted, with Attachment Akira – ORA Pricing Worksheet –Solicitation 16-223-SOL-00106 (rationalized to effective period of performance v2).xlsx, 9/19/16-9/26/16 | |
| | (AKIRA 67952-69) | |
| 206 | Email chain among Liang, Chennamaraja, Houle, Phipps, Morrison, Boyce, Roth, and Nogas re: Re: What LCAT did we propose for Bill, with Attachment Akira – ORA Pricing Worksheet –Solicitation 16- 223-SOL-00106 (rationalized to effective period of performance v2).xlsx, 10/3/16 | H |
| | (AKIRA 67970-89) | |
| 207 | Email chain among Liang, Houle, Chennamaraja, Phipps, Morrison, Boyce, Roth, and Nogas re: Re: What LCAT did we propose for Bill, with Attachment Akira – ORA Pricing Worksheet –Solicitation 16- 223-SOL-00106 (rationalized to effective period of performance v2).xlsx, 10/3/16-10/13/16 | H |
| | (AKIRA 68011-70) | |
| 208 | Architecture Support Services White Paper.docx (from AKIRA Native 29) | |
| 209 | Architecture Support Services-Proposal Text.docx (from AKIRA Native 29) | |
| 210 | Data Management-Proposal Text.docx (from AKIRA Native 29) | |
| 211 | Document Management PM Support-Proposal Text.docx (from AKIRA Native 29) | |
| 212 | Requirements and Business Rules Gathering White Paper – JP2.docx (from AKIRA Native 29) | |
| 213 | Requirements and Business Rules Gathering White Paper – JP.docx (from AKIRA Native 29) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 214 | Requirements and Business Rules-Proposal Text.docx (from AKIRA Native 29) | |
| 215 | PFP Governance White Paper – JP2.docx (from AKIRA Native 29) | |
| 216 | PFP Governance White Paper – JP.docx (from AKIRA Native 29) | |
| 217 | PFP Governance – Proposal Text.docx (from AKIRA Native 29) | |
| 218 | IQ Governance – Proposal Text.docx (from AKIRA Native 29) | |
| 219 | ACE Support Services – White Paper.docx (from AKIRA Native 29) | |
| 220 | ACE Support Services – Proposal Text.docx (from AKIRA Native 29) | |
| 221 | Chat between Chennamaraja and Phipps, 6/25/13 (AKIRA 8506-11) | |
| 222 | Email from Phipps to Houle re: CTP communications position, 4/28/14 (AKIRA 5545) | |
| 223 | Email chain among Chennamaraja, Fitzpatrick, Phipps, and Houle re: | H |
| | Re: Health Communication Specialist Candidates, 5/2/14 (AKIRA 5552-4) | |
| 224 | Email chain among Liang, Sidiqii, Chennamaraja, Fitzpatrick, Phipps, Houle, and Davis re: Add to SugarCRM: Center for Tobacco proposal due on Wednesday. Fwd: 113024 – Request for Quote-Health Communication Specialist, with Attachment 1130824 Health Comm Spec (Eval) SOW[1].doc, 4/23/14-5/5/14 | H |
| | (AKIRA 5555-62) | |
| 225 | Email chain among Chennamaraja, Davis, Houle, and Phipps re: | H |
| | Resumes for CTP, 5/13/14-5/28/14 (AKIRA 138204-12) | |
| 226 | Email from Chennamaraja to Parikh and Kolla re: CTP capability matrix, 3/8/15 | U, R |
| | (AKIRA 259222) | |
| 227 | Email chain between Chennamaraja and Baliff re: Re: Nice talking to you today., 9/19/14-3/13/15 | H |
| | (AKIRA 259282-3) | |

| Number | Description | Obj |
|---|---|---|
| 228 | Email from Haddad to Phipps, VandeSand, and Miller re: CTP Data Call #1 & 2, with Attachments CTP Past Performance Evaluation – Data Call 1.xlsx, CTP Data Call 1.docx, CTP Data Call 2.docx, 3/23/15 (AKIRA 135527-35) | H, R |
| 229 | Sales by Customer Detail, January through December 2014 (AKIRA 138115) | U |
| 230 | Sales by Customer Detail, January through December 2016 (AKIRA 138117) | U |
| 231 | Customer QuickReport, January 2011 through December 2017 (AKIRA Native 17) | U |
| 232 | Email chain between Chennamaraja and Phipps re: Re: your salary increase, 3/16/12-3/17/12 | |
| | (DEF 11164-5) | |
| 233 | Email from Chennamaraja to Phipps re: your Bonus, 10/2/12 (DEF 11163) | |
| 234 | Email chain between Chennamaraja and Phipps re: Re: bonus pay out, 4/20/13 | |
| | (DEF 11162) | |
| 235 | Email chain between Chennamaraja and Phipps re: Re: approach to bonus pay out, 2/26/14 | |
| | (DEF 11158-9) | |
| 236 | Email chain between Chennamaraja and Phipps re: Re: financial topics update, 4/10/14 | |
| | (DEF 11157) | |
| 237 | Email chain among Chennamaraja, Mikhalchuk, and Phipps re: Fwd: demo laptop for the Oracle stack, 4/24/13-4/25/13 | |
| | (AKIRA 5511) | |
| 238 | Email from Chennamaraja to Phipps, Liang, and Houle re: Re: Capabilities list for ORA services, 1/23/14 (AKIRA 5514) | |
| 239 | Email chain between Chennamaraja and Phipps re: Re: Health Practice P&L for CY14 Q4, 12/7/14-12/13/14 | |
| | (DEF 11153-4) | |
| 240 | Email chain among Phipps, Mikhalchuk, Liang, Chennamaraja, Sidiqii re: Re: Agile services mtg moved?, 1/26/15 | H, R |
| | (AKIRA 2720) | |
| 241 | Email chain between Phipps and Chennamaraja re: Re: schedule for July, 6/26/15 | |

| Number | Description | Obj |
|---|---|---|
| | (AKIRA 138163-4) | |
| 242 | Email chain among Phipps, Chennamaraja, Peter, and Mikhalchuk re: Re: Nice Civilian Opportunity – we need to look at this closely – | R |
| | Support for Cloud.gov, 2/26/16-2/27/16 (AKIRA 6354-8) | |
| 243 | Email chain among Peter, Phipps, and Lanier re: Fwd: Akira Capabilities Brief, with Attachment Akira Health It Briefv3.pptx, 5/4/16-5/22/16 | H, R |
| | (AKIRA 6455-74) | |
| 244 | Email chain among Phipps, Dunbar, Houston, and Liang re: Re: Dept of State HR RFI, 8/2/16-8/5/16 | H, R |
| | (AJURA 5099-108) | |
| 245 | Email from Grossman to Dunbar and Phipps re: Imports Technical Volume – FINAL – word version, with Attachment ORA Imports Technical-FINAL.docx, 8/26/16 | H |
| | (AKIRA 68084-112) | |
| 246 | ORA Informatics Support Service Internal Contract Expectations Meeting | |
| | (AKIRA 60018-60044) | |
| 247 | ORA Informatics Support Service Contract Kickoff (AKIRA 60045-69) | |
| 248 | Calendar invitation and email between Phipps and Parikh re: FW: | A, H |
| | Catch-up with Josh re: ORA, 12/13/16-12/14/16 (DEF011273) | |
| 249 | Email chain between Phipps and Parikh re: Re: Catch-up with Josh re: | A, H |
| | ORA Files and Review of Activities, 12/15/16 (DEF011275) | |
| 250 | Email chain between Parikh and Phipps re: RE: Meetings List/Invites, 12/16/16 | A, H |
| | (DEF011271) | |
| 251 | Email chain between Phipps and Parikh re: RE: Few quick questions, 12/20/16 | A, H |
| | (DEF011261-2) | |
| 252 | Email chain between Phipps and Parikh re: RE: Few quick questions, 12/20/16-12/21/16 | A, H |
| | (DEF011263-5) | |
| 253 | Email chain between Phipps and Parikh re: RE: Few quick questions, 12/20/16-12/21/16 | A, H |

| Number | Description | Obj |
|:---:|:---|:---:|
| | (DEF011266-7) | |
| 254 | Email chain between Parikh and Phipps re: RE: Few quick questions, 12/20/16-12/21/16 | A, H |
| | (DEF011268-70) | |
| 255 | Calendar invitation from Parikh to Phipps re: Catch up with Josh, 12/21/16 | A, H |
| | (DEF011272) | |
| 256 | Email chain between Parikh and Phipps re: RE: DAS Workshop Action Items & FL state onboarding, 12/15/16-12/23/16 | A, H |
| | (DEF011256-60) | |
| 257 | Email confirmation from Spirit Airlines to Phipps re: Spirit Airlines Flight and Hotel Confirmation: WH2J7R, 2/27/16 | A, H |
| | (DEF011313-8) | |
| 258 | Email confirmation from HIMSS to Phipps re: HIMSS Payment Receipt Details, 2/28/16 | A, H |
| | (DEF011248) | |
| 259 | Registration Detail for Phipps for HIMSS (DEF011250) | A, H |
| 260 | Spirit Airlines Boarding Pass for Phipps, 2/28/16 (DEF011251) | A, H |
| 261 | Email from Lyft Ride Receipt to Phipps re: Your ride with Emmanuel on February 28, 2/29/16 | A, H |
| | (DEF011310-1) | |
| 262 | Receipts for Brookwood Farms and CanyonRanch SpaClub (DEF011253) | A, H |
| 263 | Receipts from restaurants (DEF011252) | A, H |
| 264 | Email from Lyft Ride Receipt to Phipps re: Your ride with Michael on February 29, 2/29/16 | A, H |
| | (DEF011306-7) | |
| 265 | Email from Lyft Ride Receipt to Phipps re: Your ride with Paul on February 29, 2/29/16 | A, H |
| | (DEF011304-5) | |
| 266 | Email from Lyft Ride Receipt to Phipps re: Your ride with Xavier on March 1, 3/2/16 | A, H |
| | (DEF011302-3) | |
| 267 | Email from Lyft Ride Receipt to Phipps re: Your ride with Edward on March 2, 3/2/16 | A, H |
| | (DEF011300) | |
| 268 | Receipt from Caesars Las Vegas, 3/3/16 (DEF011254) | A, H |

| Number | Description | Obj |
|--------|-------------|-----|
| 269 | Email from Lyft Ride Receipt to Phipps re: Your ride with Joshua on March 2, 3/3/16 | A, H |
| | (DEF011298-9) | |
| 270 | Invoice from Stratosphere, 3/3/16 (DEF011312) | A, H |
| 271 | Email from Lyft Ride Receipt to Phipps re: Your ride with Tim on March 3, 3/4/16 | A, H |
| | (DEF011296-7) | |
| 272 | Email confirmation from OSEHRA to Phipps re: Registration Confirmed – 2016 OSEHRA Open Source Summit, 6/28/16 (DEF011319-20) | A |
| 273 | Chart of Phipps expenses, 1/1/16-10/31/16 (DEF011148-50) | |
| 274 | Email from Phipps to LAZParking re: cancellation of parking request, 10/31/16 | A |
| | (DEF011249) | |
| 275 | Email chain among Chennamaraja, AP, Phipps, and Accounting Akira re: Fwd: Expense repory for josh Phipps, with Attachment Joshua Phipps expenses from 012016 – 102016.xls, 10/31/16 | H |
| | (AKIRA 188699-709) | |
| 276 | Email from Phipps to Akira and Boyce re: final expense payment, with Attachment Joshua Phipps expenses from 012016 – 102016.xls, 12/22/16 | A, H |
| | (DEF011276-9) | |
| 277 | Email from Phipps to Akira and Boyce re: RE: final expense payment, with Attachment Joshua Phipps expenses from 012016 – 102016.xls, 12/22/16-12/23/16 | A, H |
| | (DEF011280-3) | |
| 278 | Email chain among Chennamaraja, Phipps, Akira, Boyce, and Roth re: | A, H |
| | RE: final expense payment, 12/22/16-12/23/16 (DEF011284) | |
| 279 | Email chain among Chennamaraja, Phipps, Akira, Boyce, and Roth re: | A, H |
| | RE: final expense payment, 12/23/16 (DEF011285-6) | |
| 280 | Email chain among Phipps, Chennamaraja, and Boyce re: RE: Ur FDA Laptop and FDA badge..... URGENT, 12/23/16-1/4/17 | H, R |
| | (DEF011287-8) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 281 | Email chain among Phipps, Chennamaraja, Boyce, and DiDomenico re: RE: Ur FDA Laptop and FDA badge..... URGENT, 12/23/16-1/4/17 (DEF011289-92) | H, R |
| 282 | Email chain among Phipps, Chennamaraja, Boyce, and DiDomenico re: RE: Ur FDA Laptop and FDA badge..... URGENT, 12/23/16-1/5/17 (DEF011293-5) | H, R |
| 283 | Contract Revenue List with Sales by Customer Details (AKIRA 138106-37) | U |
| 284 | Email chain between Rusy, Liang, and Mikhalchuk re: Re: ASPE website development, 8/9/14-8/11/14 | H |
| | (AKIRA 7536) | |
| 285 | Email chain between Rusy, Mikhalchuk, and Liang re: Re: APSE website development, 8/9/14-8/12/14 | H |
| | (AKIRA 134234-7) | |
| 286 | Email from Mikhalchuk to Rusy and Liang re: Re: FW: Stakeholder coord, 8/14/14 | H |
| | (AKIRA 134240-1) | |
| 287 | Email from Mikhalchuk to Liang re: ASPE proposal draft #2, with Attachment Concept Paper – 14-233-SOL-00490 – Akira – 08-07- 2014.docx, 8/15/14 | |
| | (AKIRA 134244-53) | |
| 288 | Email from Mikhalchuk to Rusy and Liang re: Re: Current proposal materials with Attachment Concept Paper – 14-233-SOL-00490 – | H |
| | Akira – 08-18-2014-Andrey.docx, 8/18/14 (AKIRA 134394-403) | |
| 289 | Email from Mikhalchuk to Chennamaraja re: Tuesday, 8/18/14 (AKIRA 2156) | |
| 290 | Email from Mikhalchuk to Chennamaraja cc: Liang re: Fwd: final price, with Attachments Copy of DHHS ASPE Pricing Table-PR- v6.xlsx and Concept Paper – 14-233-SOL-00490 – Akira – 08-19- 2014-Andrey.docx, 8/19/14 | |
| | (AKIRA 61444-70) | |
| 291 | Email from Mikhalchuk to Siddiqui cc: Liang re: Please let me know when you finalize the technical section/file, with Attachment Concept Paper – 14-233-SOL-00490 – Akira – 08-09-2014-01.docx, 8/19/14 (AKIRA 134470-81) | |

| Number | Description | Obj |
|:---:|:---:|:---:|
| 292 | Email from Mikhalchuk to Liang, Chennamaraja, Fitzpatrick, Phipps cc: Siddiqui re: Re: ASPE: STAGE 2 PROTOTYPE STARTS IN THREE DAYS, 8/19/14 | |
| | (AKIRA 134572-3) | |
| 293 | Redline of Public Website and Intranet Website and HHS Evaluation Database Application, Technical Approach/Concept Paper | H |
| | (AKIRA 242237-45) | |
| 294 | Redline of Public Website and Intranet Website and HHS Evaluation Database Application, Technical Approach/Concept Paper | H |
| | (AKIRA 242219-26) | |
| 295 | Redline of Public Website and Intranet Website and HHS Evaluation Database Application, Technical Approach/Concept Paper | H |
| | (AKIRA 242193-200) | |
| 296 | Draft of Public Website and Intranet Website and HHS Evaluation Database Application, Technical Approach/Concept Paper (AKIRA 242201-8) | |
| 297 | Proposal for Public Website and Intranet Website and HHS Evaluation Database Application Concept Paper | |
| | (AKIRA 242173-82) | |
| 298 | Proposal for Public Website and Intranet Website and HHS Evaluation Database Application | |
| | (AKIRA 242183-92) | |
| 299 | Proposal for Public Website and Intranet Website and HHS Evaluation Database Application (Technical Approach/Concept Paper) | |
| | (AKIRA 242209-18) | |
| 300 | Proposal for Public Website and Intranet Website and HHS Evaluation Database Application, Concept Paper | |
| | (AKIRA 242227-36) | |
| 301 | Email chain among Fitzpatrick, Mikhalchuk, Chennamaraja, and Liang re: Fwd: Brief Srini when you have time. All docs are here, with Attachments Original RFP to HC1028-14-T-0036.pdf, Akira''s proposal for HC1028-14-T-0036.pdf, Akira''s signed contract for HC1028-14-T-0036.pdf, 3/28/14-8/25/14 | H |
| | (AKIRA 142585-757) | |

| Number | Description | Obj |
|:---:|:---:|:---:|
| 302 | Email chain between Saeed and Mikhalchuk re: Re: Interview – Update, 9/3/14-9/4/14 (AKIRA 153844-7) | H, R |
| 303 | Email chain between Liang, Fialka, Mikhalchuk, Dyakonova, cc: Yurevna re: Re: To: Darya or Maxim (re: Drupal project for Akira Technologies, Inc.), 9/3/14-9/10/14 | H, R |
| | (AKIRA 134628-9) | |
| 304 | Email chain among CM, Mikhalchuk, Phipps, Kirkwood, and Edgardo re: Fwd: Code sample, with Attachment sample.php, 9/11/14 | H, R |
| | (AKIRA 2084-6) | |
| 305 | Email from Siddiqui to Mikhalchuk cc: Liang re: ASPE Stage 2 – Technical Merit Template, with Attachment Technical Merit – 14-233- | H |
| | SOL-00490 – Akira – 09-16-2014-v1.docx, 9/16/14 (AKIRA 134733-41) | |
| 306 | Email Mikhalchuk to Fitzpatrick cc: Chennamaraja re: Re: Cogent, 9/17/14 | H |
| | (AKIRA 1056-7) | |
| 307 | Email from Liang to Mikhalchuk and Chennamaraja re: Fwd: ASPE Proposal v2, with Attachment Technical Merit – 14-233-SOL-00490 – | H |
| | Akira – 09-16-2014-v2.docx, 9/18/14 (AKIRA 134742-68) | |
| 308 | Email chain among Mikhalchuk, Rusy, and Liang re: Re: More, 9/19/14 | H |
| | (AKIRA 134769-70) | |
| 309 | Email chain between Mikhalchuk and Liang re: Re: PoC items, 9/20/14 (AKIRA 7558-60) | |
| 310 | Email from Mikhalchuk to Liang and Siddiqui re: Re: Fwd: copyediting? with Attachment Technical Merit -14-233-SOL-00490 - | H |
| | Akira – 09-16-2014-v2 (edited)-Andrey.docx, 9/21/14 (AKIRA 134799-830) | |
| 311 | Email chain between Rusy and Mikhalchuk re: Re: Please let me know when convenient for site review, 9/21/14 | H |
| | (AKIRA 7565-6) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 312 | Email chain among Liang, Mikhalcjuk, Sidiqii, and Rusy re: Fwd: Technical Merit FINAL DRAFT – ASPE Stage 2 -, with Attachment Technical Merit – 14-233-SOL-00490 – Akira – 09-21-2014-FINAL | H |
|  | DRAFT – v1.docx, 9/21/14 (AKIRA 134877-99) |  |
| 313 | Email from Chennamaraja to Mikhalchuk re: Re: APSE URLs, 9/21/14 (AKIRA 7567) |  |
| 314 | Email from Chennamaraja to Fitzpatrick re: Fwd: APSE URLs, 9/21/14 (AKIRA 7568) |  |
| 315 | Email chain among Fitzpatrick, Park, Chennamaraja, and Mikhalchuk re: Fwd: ASPE URLs, 9/21/14 | H |
|  | (AKIRA 7569-70) |  |
| 316 | Email from Liang to Mikhalchuk forwarding email from Castleberry to Druk re: Fwd: 14-233-SOL-00490 Amendment 000001, with Attachments 14-233-SOL-00490 000001.pdf, HHS Section 508 Evaluation Template.pdf, 14-233-SOL-00490 000001 PRICING TABLE.rtf, 9/12/14-9/22/14 | H |
|  | (AKIRA 135000-29) |  |
| 317 | Email from Mikhalchuk to Liang and Siddiqui re: Updated doc, with Attachment Technical Merit – 14-233-SOL-00490 – Akira – 09-21- 2014-FINAL DRAFT – v1PR (edited) – Andrey.docx, 9/22/14 (AKIRA 135030-56) | H |
| 318 | Email from Park to Fitzpatrick re: Re: ASPE URLs, 9/22/14 (AKIRA 7573-4) | H, R |
| 319 | Email chain among Mikhalchuk, Siddiqui, and Liang re: Re: Finalize please., with Attachment Technical Merit – 14-233-SOL-00490 – Akira – 09-22-2014 – FINAL DRAFT 3 – Andrey.docx, 9/22/14 (AKIRA 135080-102) | H |
| 320 | Email from Liang to Castleberry, Druk, Chennamaraja, Phipps, Fitzpatrick, and Siddiqui re: Akira Technologies, Inc.”s timely "Stage 2" offer for Public Website and Intranet Website and HHS Evaluation Database Application (Solicitation no. 14-233-SOL-00490.pdf, with Attachments Technical Merit – 14-233-SOL-00490 – Akira – FINAL.pdf, Pricing – 14-233-SOL-00490 – Akira – FINAL.pdf, SF30 | H |
|  | – 14-233-SOL-00490 – Akira – FINAL.pdf, HHS Section 508 |  |
|  | Evaluation Template – 14-233-SOL-00490 – Akira – FINAL.pdf, 9/22/14 |  |

| Number | Description | Obj |
|--------|-------------|-----|
|  | (AKIRA 135103-60) |  |
| 321 | Skype message exchange between Liang and Mikhalchuk, 9/23/14 (DEF 11245) | A |
| 322 | Email chain among Liang, Hoffman, Accounting, Chennamaraja, Mikhalchuk, Fitzpatrick, Castleberry, Phipps, and Sidiqii re: Fwd: Akira Technologies, Inc."s timely "Stage 1" offer for Public Website and Intranet Website and HHS Evaluation Database Application (Solicitation no. 14-233-SOL-00490), with Attachment HHSP233201400160A BASE SIGNED.pdf, 9/12/14-9/25/14 (AKIRA 135219-34) | H |
| 323 | Email from Castleberry to Liang, Druk, Chennamaraja, Phipps, Fitzpatrick, and Sidiqqi re: PSC 14-233-SOL-00490 Award Notification, with Attachment HHSP233201400227A BASE AKIRA.pdf, 9/30/14 | H |
|  | (AKIRA 135235-74) |  |
| 324 | Text message exchange of Sep. 30, 2014 between Fitzpatrick and Mikhalchuk | A, R |
|  | (DEF 11167) |  |
| 325 | Email chain between Mikhalchuk and Chennamaraja re: Re: Your bonus, 10/16/14-11/10/14 |  |
|  | (AKIRA 134071-3) |  |
| 326 | Sales by Customer Detail, January through December 2014 (AKIRA 138107) | U |
| 327 | Email chain between Mikhalchuk and Chennamaraja re: Re: Your bonus, 10/16/14-1/6/15 |  |
|  | (AKIRA 134081-4) |  |
| 328 | Redline of Proposal for Public Website and Title X Clinic Database Redesign & Related Services, Concept Paper |  |
|  | (AKIRA 242246-57) |  |
| 329 | Sales by Customer Detail, January through December 2015 (AKIRA 138108) | U |
| 330 | Saes by Customer Detail, January through December 2015 (AKIRA 138110-1) | U |
| 331 | Sales by Customer Detail, January through December 2016 (AKIRA 138109) | U |
| 332 | Skype message exchange between Liang and Mikhalchuk, 3/3/15 (DEF 11246) | A |

| Number | Description | Obj |
|--------|-------------|-----|
| 333 | Email from Liang to Wilds, Hernandez, Young, Taylor, Fitzpatrick, Munley cc: Chennamaraja and Mikhalchuk re: Re: All USDA RFP on CIO CS, 9/23/15 | H |
| | (AKIRA 6235-6) | |
| 334 | Skype message exchange between Mikhalchuk and Liang, 9/23/15 (DEF 8787) | A, M |
| 335 | Email chain among Liang, Mikhalchuk, Wood, Chennamaraja, Dunbar, Sidiqii, Keenan, Howerton, and Ford re: Fwd: USDA/FSA Cloud Hosting Services Requirement, with Attachments CIO-CS Instructions to Offerors for USDA FSA Cloud-Based Hosting (003).docx and USDA Cloud Hosting CIO-CS.docx, 9/23/15 | H, R |
| | (AKIRA 6237-51) | |
| 336 | Email from Chennamaraja to Mathur, Khalil, and Mikhalchuk re: | R |
| | Platform for CEDSCI, 9/24/15 (AKIRA 6253) | |
| 337 | Email chain between Wood and Mikhalchuk re: Re: Use this one, with Attachment USDA Cloud Hosting CIO-CS.docx, 9/24/15 | H,R |
| | (AKIRA 133698-707) | |
| 338 | Email from Liang to Chennamaraja cc: Dunbar, Phipps, Wood, Mikhalchuk re: Re: FW: Questions concerning FSA USDA Cloud Hosting RFP with images, 9/25/15 | H |
| | (AKIRA 7232-44) | |
| 339 | Email chain among Mikhalchuk, Liang, Chennamaraja, Dunbar, Phipps, Wood, Keenan, Ford, and Howerton re: RE: FW: Questions concerning FSA USDA Cloud Hosting RFP, 9/24/15-9/25/15 (AKIRA 7245-58) | H |
| 340 | Proposal for Cloud-Based Internet and Intranet Hosting, Volume I: | R |
| | Technical Proposal, 9/25/15 (AKIRA 245621-43) | |
| 341 | Email from Liang to Mikhalchuk re: Fwd: Introductions (re: USDA FSA cloud migration), 10/1/15 | H, R |
| | (AKIRA 7291-2) | |
| 342 | Email from Joshi to Wood, Mikhalchuk, Liang, Chennamaraja re: | H, R |
| | USDA Cloud migration – Internal Kick off, 10/6/15 (AKIRA 7301) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 343 | Email from Mikhalchuk to Chennamaraja cc: Wood re: Will's time for USDA, 10/27/15 | R |
| | (AKIRA 7794) | |
| 344 | Sales by Customer Detail, January through December 2015 (AKIRA 138134-5) | U |
| 345 | Email chain among Joshi, USDA_FSA group, and Groisman re: Re: usda-fsa – new group has been created, with Attachments USDA FSA Cloud Migration – AG-3151-D-15-0194 (fully executed contract).pdf, Volume II Pricing Workbook – CS-22189-8A – Akira Technologies.xlsx, Volume II Business Proposal – CS-22189-8A – Akira Technologies.pdf, Volume I Technical Proposal – CS-22189-8A | H |
| | – Akira Technologies.pdf, Akira Questions for Revised FSA SOW V4.docx, WSO AMC 12182015 CIO-CS PWS for USDA FSA Cloud- | |
| | Based Hosting.docx, 1/22/16 (AKIRA 137795-874) | |
| 346 | Email chain between Liang and Phipps re: Re: please send the final word and excel documents for the USDA volumes, 1/22/16 (AKIRA 159279-82) | |
| 347 | Email chain among Chennamaraja, Liang, Mikhalchuk, Khanna, and USDA FSA re: RE: Amended LOE, 1/23/16 | H |
| | (AKIRA 152190-4) | |
| 348 | Email chain among Mikhalchuk, Liang, Chennamaraja, Khanna, and USDA FSA re: RE: Amended LOE, 1/23/16 | H |
| | (AKIRA 152185-9) | |
| 349 | Email chain among Khanna, Liang, Chennamaraja, Mikhalchuk, and USDA FSA re: Re: Amended LOE, 1/23/16 | H |
| | (AKIRA 152203-7) | |
| 350 | Proposal for Cloud-Based Internet and Intranet Hosting, Volume I: | R |
| | Technical Proposal, 2/8/16 (AKIRA 245496-23) | |
| 351 | Sales by Customer Detail, January through December 2016 (AKIRA 138136-7) | U |
| 352 | Email chain between Chennamaraja, Liang, and Fitzpatrick re: Re: Starting the ball rolling on an "away from Paul" discussion about the VAR business, 2/13/14 | H |
| | (AKIRA 253673-4) | |

| Number | Description | Obj |
|--------|-------------|-----|
| 353 | Email from Liang to Roth re: Re: FW: Andrey's signed offer letter, 11/6/16 (AKIRA 7724-8) | H |
| 354 | Email from A. Mikhalchuk to S. Roth re: Re: Offer letter, 11/7/16 (AKIRA 100278-80) | |
| 355 | Plaintiff's Responses to Defendant Andrey Mikhalchuk's First Set of Requests for Admissions (portions admitted) | |
| 356 | Plaintiff's Supplemental Responses to Defendant Joshua Phipps' First Set of Requests for Admissions (portions admitted) | |
| 357 | Plaintiff's Response to Lisa Houle's First Set of Requests for Admissions (portions admitted) | |
| 358 | Defendant Conceptant, Inc.'s First Set of Requests for Admissions to Plaintiff Akira Technologies, Inc. | |
| 359 | Plaintiff/Counter-Defendant, Akira Technologies, Inc.'s Responses to Defendant/Counter-Plaintiff, Andrey Mikhalchuk's, Second Set of Interrogatories | |

Plaintiff specifically reserves for trial objections pursuant to Fed. R. Evid. 402 or 403.

Respectfully Submitted,

AKIRA TECHNOLOGIES, INC.

Dated: March 15, 2018

By:__/s/_____
Christopher R. Shiplett
Virginia Bar No. 74210
RANDOLPH LAW, PLLC
252 N Washington St
Falls Church, VA 22046
(p) 703-652-3039
(f) 703-852-3976
(e) chris.shiplett@randolphlaw.com

*Attorney for the Plaintiff / Counter-Defendant*
*AKIRA Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document by filing it with the CM/ECF system, which then sent notice and the document to counsel for defendant at the addresses below:

Elaine Charlson Bredehoft
Virginia Bar No. 23766
ecb@cbcblaw.com

Peter C. Cohen
Virginia Bar No. 66346
pcohen@cbcblaw.com

CHARLSON BREDEHOFT
COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile

*Counsel for Defendants, Conceptant, Inc.,
NuCognition, Inc., and Lisa Houle, and
Defendants / Counter-Plaintiffs Joshua Phipps
and Andrey Mikhalchuk.*

Dated March 15, 2018

        ___/s/_____
        Christopher R. Shiplett
        Virginia Bar No. 74210
        RANDOLPH LAW, PLLC
        252 N Washington St
        Falls Church, VA 22046
        (p) 703-652-3039
        (f) 703-852-3976
        (e) chris.shiplett@randolphlaw.com

        *Attorney for the Plaintiff / Counter-Defendant
        AKIRA Technologies, Inc.*